2009 SEP 30 PM 4: 04

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>KENNETH JOSEPH LUCAS,<br>NICHOLE MICHELLE MERZI,<br>JONATHAN PRESTON CLARK,<br>JARROD MICHAEL AKERS,<br>KYLE WENDELL AKERS,<br>WAYNE EDWARDS ARBAUGH,<br>DEMORRIS BROOKS,<br>  a.k.a. "DeBo,"<br>ANTONIO LATE COLSON,<br>KENNETH CREWS,<br>MANU T. FIFITA,<br>JENNIFER ANABELLE LOPEZ<br>GONZALEZ,<br>  a.k.a. "Jennifer Lopez,"<br>TINIKA SABRINA GUNN,<br>JASON MARCELLUS JENKINS,<br>SYLVIA JOHNSON,<br>REMAR AHMIR LAWTON,<br>KYLE BRANDON MARTIN,<br>FRANKLIN ANTHONY RAGSDALE,<br>STEVEN AARON SAUNDERS,<br>  a.k.a., "Steven Arron<br>  Saunders,"<br>  a.k.a. "Steve-O,"<br>RYNN SPENCER,<br>RAQUEL RAFFI VARJABEDIAN,<br>CANDACE MARIE ZIE, | CR 09-09 **CR09- 01005**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1349: Wire and<br>Bank Fraud Conspiracy; 18<br>U.S.C. § 1344(1): Bank Fraud;<br>18 U.S.C. § 1028A: Aggravated<br>Identity Theft; 18 U.S.C.<br>§ 371: Computer Fraud<br>Conspiracy; 18 U.S.C.<br>§ 1030(a)(4): Computer Fraud;<br>18 U.S.C. § 1956(h): Money<br>Laundering Conspiracy;<br>§ 2: Aiding and Abetting and<br>Causing an Act to Be Done] |

WLH:SLM:RLC

```
 1  ASHLEY A. AGER,                        )
    LATINA SHANEKA BLACK,                  )
 2  MICHAEL DOMINICK GUNN                  )
       DACOSTA, JR.,                       )
 3  VIRGIL PHILLIP DANIELS,                )
    TRAMOND S. DAVIS,                      )
 4  SHONTOVIA D. DEBOSE,                   )
    JOSHUA VINCENT FAUNCHER,               )
 5  KRYSTAL FONTENOT,                      )
    ANTHONY DONNEL FULLER,                 )
 6  MICHAEL CHRISTOPHER GRIER,             )
    BRYANNA HARRINGTON,                    )
 7  SHAWN K. JORDAN,                       )
    BILLY LITTLEJOHN KELLY,                )
 8  REGGIE B. LOGAN, JR.,                  )
    IKINASIO LOUSIALE, JR.,                )
 9  RAYMOND V. MANCILLAS,                  )
    DAVID P. MULLIN,                       )
10  VINCENT NGUYEN,                        )
    ARIO PLOGOVII,                         )
11  BRANDON R. ROSS,                       )
    ALAN ELVIS ST. PIERRE,                 )
12  COURTNEY MONET SEARS,                  )
    ME ARLENE SETTLE,                      )
13  PAULA W. SIMS,                         )
    JAMIE SMITH,                           )
14  BRANDON KYLE THOMAS,                   )
    CHRISTOPHER UHAMAKA,                   )
15  JAMES MICHAEL VIORATO,                 )
    JOVON DARNELL WEEMS,                   )
16  DAVID D. WESTBROOKS,                   )
    BRIDGET DEQUE WILKINS, and             )
17  MARCUS DESHAUN WILLIAMS,               )
                                           )
18               Defendants.      )
                                           )
19  _____)
```

The Grand Jury charges:

### INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

### COMPUTER TERMINOLOGY

Internet Service Providers

1.  Many individuals and businesses obtain access to the Internet through businesses known as Internet Service Providers ("ISPs").  ISPs provide their customers with access to the

1   Internet using telephone or other telecommunications lines;
2   provide Internet e-mail accounts that allow users to communicate
3   with other Internet users by sending and receiving electronic
4   messages through the ISP's servers; remotely store electronic
5   files on their customers' behalf; and may provide other services
6   unique to each particular ISP.  ISPs maintain records pertaining
7   to the individuals or businesses that have subscriber accounts
8   with them.  Those records often include identifying and billing
9   information, account access information in the form of log files,
10  e-mail transaction information, posting information, account
11  application information, and other information both in computer
12  data and written record format.

Instant Messenger/Instant Messaging

14      2.   Instant Messenger/Instant Messaging is a free online
15  service, offered by Yahoo!, America Online, Microsoft, and other
16  ISPs, that allows users to communicate through text and/or web
17  cameras in real time.

Phishing

19      3.   Phishing is a fraud technique used by computer
20  attackers in an attempt to acquire sensitive information such as
21  usernames, password, and account details, among other
22  information, by masquerading as a trusted entity in an electronic
23  communication.  Computer attackers commonly use communications
24  purporting to be from popular social web sites (YouTube, Myspace,
25  Facebook), auction sites (eBay), financial institutions, or
26  information technology administrators to lure unsuspecting
27  victims.  Phishing is typically carried out by e-mail or instant
28

messaging that often directs users to enter sensitive personal identifiers and details at a fake web site in which the URL (web address) look and feel are almost identical to the legitimate web site.

### Short Message Service ("SMS")

4.   SMS is a communications protocol allowing the interchange of short messages between mobile telephone devices. SMS messaging is commonly referred to as "text messaging."

### FINANCIAL INSTITUTIONS

5.   At all times relevant to this Indictment, Bank of America, National Association ("BOA") and Wells Fargo Bank, National Association ("Wells Fargo") were federally-insured financial institutions.

### UNINDICTED COCONSPIRATORS LOCATED IN EGYPT

6.   At all times relevant to this Indictment, unindicted coconspirators D., Y., A. E., also known as ("a.k.a.") "A. A.," A. EM., A. E. G., A. H., D. A. E. H., E. A., E. G., H. H., H. M., H. S., I. A. I., K. H., M. A., M. AL., M. G., M. H., M. M., M. R., MO. A., N. M. S., S. Y., and Y. M. S. conducted in Egypt the activities pertaining to them that are described in this Indictment.

1                              COUNT ONE

2                          [18 U.S.C. § 1349]

3        7.   The Grand Jury repeats and re-alleges all of the

4   introductory allegations set forth in paragraphs 1 through 6 of

5   this Indictment.

6   I.   THE OBJECTS OF THE CONSPIRACY

7        8.   Beginning in or about January 2007 and continuing

8   through in or about September 2009, in Los Angeles, Orange,

9   Riverside, and San Bernardino Counties, within the Central

10  District of California, and elsewhere, defendants KENNETH JOSEPH

11  LUCAS ("LUCAS"), NICHOLE MICHELLE MERZI ("MERZI"), JONATHAN

12  PRESTON CLARK ("CLARK"), JARROD MICHAEL AKERS ("J. AKERS"), KYLE

13  WENDELL AKERS ("K. AKERS"), WAYNE EDWARDS ARBAUGH ("ARBAUGH"),

14  DEMORRIS BROOKS, a.k.a. "DeBo," ("BROOKS"), ANTONIO LATE COLSON

15  ("COLSON"), KENNETH CREWS ("CREWS"), MANU T. FIFITA ("FIFITA"),

16  JENNIFER ANABELLE LOPEZ GONZALEZ, a.k.a. "Jennifer Lopez"

17  ("GONZALEZ"), TINIKA SABRINA GUNN ("GUNN"), JASON MARCELLUS

18  JENKINS ("JENKINS"), SYLVIA JOHNSON, a.k.a. "Sylvia Jackson"

19  ("JOHNSON"), REMAR AHMIR LAWTON ("LAWTON"), KYLE BRANDON MARTIN

20  ("MARTIN"), FRANKLIN ANTHONY RAGSDALE ("RAGSDALE"), STEVEN AARON

21  SAUNDERS, a.k.a. "Steven Arron Saunders," a.k.a. "Steve-O"

22  ("SAUNDERS"), RYNN SPENCER ("SPENCER"), RAQUEL RAFFI VARJABEDIAN

23  ("VARJABEDIAN"), CANDACE MARIE ZIE ("ZIE"), ASHLEY A. AGER

24  ("AGER"), LATINA SHANEKA BLACK ("BLACK"), MICHAEL DOMINICK GUNN

25  DACOSTA, JR. ("DACOSTA"), VIRGIL PHILLIP DANIELS ("DANIELS"),

26  TRAMOND S. DAVIS ("DAVIS"), SHONTOVIA D. DEBOSE ("DEBOSE"),

27  JOSHUA VINCENT FAUNCHER ("FAUNCHER"), KRYSTAL FONTENOT

28

                                  5

1 ("FONTENOT"), ANTHONY DONNEL FULLER ("FULLER"), MICHAEL

2 CHRISTOPHER GRIER ("GRIER"), BRYANNA HARRINGTON ("HARRINGTON"),

3 SHAWN K. JORDAN ("JORDAN"), BILLY LITTLEJOHN KELLY ("KELLY"),

4 REGGIE B. LOGAN, JR. ("LOGAN"), IKINASIO LOUSIALE, JR.

5 ("LOUSIALE"), RAYMOND V. MANCILLAS ("MANCILLAS"), DAVID P. MULLIN

6 ("MULLIN"), VINCENT NGUYEN ("NGUYEN"), ARIO PLOGOVII

7 ("PLOGOVII"), BRANDON R. ROSS ("ROSS"), ALAN ELVIS ST. PIERRE

8 ("ST. PIERRE"), COURTNEY MONET SEARS ("SEARS"), ME ARLENE SETTLE

9 ("SETTLE"), PAULA W. SIMS ("SIMS"), JAMIE SMITH ("SMITH"),

10 BRANDON KYLE THOMAS ("THOMAS"), CHRISTOPHER UHAMAKA ("UHAMAKA"),

11 JAMES MICHAEL VIORATO ("VIORATO"), JOVON DARNELL WEEMS ("WEEMS"),

12 DAVID D. WESTBROOKS ("WESTBROOKS"), BRIDGET DEQUE WILKINS

13 ("WILKINS"), and MARCUS DESHAUN WILLIAMS ("WILLIAMS"), and

14 unindicted coconspirators D., Y., A. E., a.k.a. "A. A.," A. EM.,

15 A. E. G., A. H., D. A. E. H., E. A., E. G., H. H., H. M., H. S.,

16 I. A. I., K. H., M. A., M. AL., M. G., M. H., M. M., M. R.,

17 MO. A., N. M. S., S. Y., Y. M. S., A. J., B. J., E. C., E. H.,

18 K. M., L. W., N. F., and R. O., together with others known and

19 unknown to the Grand Jury, knowingly combined, conspired, and

20 agreed to commit the following offenses against the United

21 States:

22          A.    Knowingly and with intent to defraud, to commit

23 wire fraud, in violation of Title 18, United States Code, Section

24 1343, and

25          B.    Knowingly and with intent to defraud, to commit

26 bank fraud, in violation of Title 18, United States Code, Section

27 1344(1).

28

1    II.   <u>THE MANNER AND MEANS OF THE CONSPIRACY</u>

2          The objects of the conspiracy were carried out, and to be

3    carried out, in substance as follows:

4          9.   Defendants LUCAS, MERZI, and CLARK would recruit

5    defendants ARBAUGH, BROOKS, COLSON, CREWS, FIFITA, GONZALEZ,

6    GUNN, JENKINS, JOHNSON, LAWTON, MARTIN, RAGSDALE, SAUNDERS,

7    SPENCER, VARJABEDIAN, and ZIE to enlist other individuals to open

8    bank accounts at BOA and Wells Fargo.

9          10.  Defendants ARBAUGH, BROOKS, COLSON, CREWS, FIFITA,

10   GONZALEZ, GUNN, JENKINS, JOHNSON, LAWTON, MARTIN, RAGSDALE,

11   SAUNDERS, SPENCER, VARJABEDIAN, and ZIE would enlist other

12   individuals as follows:

13         a.   Defendant ARBAUGH would enlist defendant JORDAN to

14   open bank accounts at BOA.

15         b.   Defendants BROOKS and VARJABEDIAN would enlist

16   defendant KELLY to open bank accounts at BOA.

17         c.   Defendant COLSON would enlist defendants SEARS,

18   SMITH, and WEEMS to open bank accounts at BOA and Wells Fargo.

19         d.   Defendant CREWS would enlist defendants AGER,

20   BLACK, GRIER, LOGAN, ROSS, and SIMS to open bank accounts at BOA.

21         e.   Defendant FIFITA would enlist defendants LOUSIALE,

22   ST. PIERRE and UHAMAKA, and unindicted coconspirator E. C., to

23   open bank accounts at Wells Fargo.

24         f.   Defendant GONZALEZ would enlist unindicted

25   coconspirator R. O. to open bank accounts at BOA.

26         g.   Defendant GUNN would enlist defendant DACOSTA to

27   provide account information for bank accounts that DACOSTA held

28

7

1   at Wells Fargo.

2         h.   Defendant JENKINS would enlist unindicted

3   coconspirator A. J. to open bank accounts at Wells Fargo.

4         i.   Defendant JOHNSON would enlist defendants

5   FAUNCHER, FONTENOT, PLOGOVII, and SETTLE to open bank accounts at

6   BOA.

7         j.   Defendant LAWTON would enlist defendant COLSON to

8   open bank accounts at BOA.

9         k.   Defendant MARTIN would enlist unindicted

10   coconspirator E. H. to open bank accounts at BOA.

11         l.   Defendant RAGSDALE would enlist defendants FULLER,

12   HARRINGTON, and THOMAS to open bank accounts at BOA.

13         m.   Defendant SAUNDERS would enlist defendants DANIELS

14   and WILKINS to open bank accounts at BOA.

15         n.   Defendant SPENCER would enlist unindicted

16   coconspirator B. J. to open bank accounts at BOA.

17         o.   Defendant ZIE would enlist unindicted

18   coconspirator K. M. to open bank accounts at BOA.

19         p.   Unindicted coconspirators would enlist defendants

20   DAVIS, DEBOSE, MANCILLAS, MULLIN, NGUYEN, VIORATO, and WESTBROOKS

21   to open bank accounts at BOA and provide account information for

22   bank accounts that these defendants held at BOA.

23     11.  Defendant LUCAS would enlist defendant WILLIAMS to open

24   bank accounts at BOA.

25     12.  Communicating by telephone, Instant Messenger/Instant

26   Messaging, SMS messaging, and other means, defendants ARBAUGH,

27   BROOKS, COLSON, CREWS, FIFITA, GONZALEZ, GUNN, JENKINS, JOHNSON,

28

1  LAWTON, MARTIN, RAGSDALE, SAUNDERS, SPENCER, VARJABEDIAN, and

2  ZIE, and unindicted coconspirator N. F., would transmit to

3  defendants LUCAS and MERZI bank account information for the

4  accounts opened and held by defendants AGER, BLACK, COLSON,

5  DACOSTA, DANIELS, DAVIS, DEBOSE, FAUNCHER, FONTENOT, FULLER,

6  GRIER, HARRINGTON, JORDAN, KELLY, LOGAN, LOUSIALE, MANCILLAS,

7  MULLIN, NGUYEN, PLOGOVII, ROSS, ST. PIERRE, SEARS, SETTLE, SIMS,

8  SMITH, THOMAS, UHAMAKA, VIORATO, WEEMS, WESTBROOKS, WILKINS, and

9  WILLIAMS, and unindicted coconspirators A. J., B. J., E. C.,

10  E. H., K. M., and R. O.

11      13.  Communicating by telephone, Instant Messenger/Instant

12  Messaging, SMS messaging, and other means, defendants FIFITA,

13  GONZALEZ, RAGSDALE, WILLIAMS, and ZIE would transmit to defendant

14  LUCAS bank account information for the accounts that they opened.

15      14.  Communicating by telephone, SMS messaging, and other

16  means, defendants LUCAS, MERZI, and CLARK would transmit the bank

17  account information to persons in Egypt known and unknown to the

18  Grand Jury ("the persons in Egypt").

19      15.  Using confidential bank account information that had

20  been obtained through phishing, the persons in Egypt would

21  conduct a computer transfer from the bank account of a victim at

22  BOA or Wells Fargo, which transfer BOA, Wells Fargo, and the

23  victim had not authorized, into the bank account for which the

24  persons in Egypt had received account information from defendants

25  LUCAS, MERZI, and CLARK.

26      16.  Defendants AGER, BLACK, COLSON, DACOSTA, DANIELS,

27  DAVIS, DEBOSE, FAUNCHER, FONTENOT, FULLER, GRIER, HARRINGTON,

28

1 JORDAN, KELLY, LOGAN, LOUSIALE, MANCILLAS, MULLIN, NGUYEN,

2 PLOGOVII, ROSS, ST. PIERRE, SEARS, SETTLE, SIMS, SMITH, THOMAS,

3 UHAMAKA, VIORATO, WEEMS, WESTBROOKS, WILKINS, and WILLIAMS, and

4 unindicted coconspirators B. J., E. C., E. H., K. M., and R. O.,

5 would withdraw amounts from their bank accounts that were either

6 approximately the same as or less than the amounts transferred

7 into their accounts by the persons in Egypt and would divide

8 those amounts with defendants ARBAUGH, BROOKS, COLSON, CREWS,

9 FIFITA, GONZALEZ, GUNN, JENKINS, JOHNSON, LAWTON, MARTIN,

10 RAGSDALE, SAUNDERS, SPENCER, VARJABEDIAN, and ZIE.

11     17.  Defendants ARBAUGH, BROOKS, COLSON, CREWS, FIFITA,

12 GONZALEZ, GUNN, JENKINS, JOHNSON, LAWTON, MARTIN, RAGSDALE,

13 SAUNDERS, SPENCER, VARJABEDIAN, and ZIE would divide the amounts

14 that they received with defendants LUCAS, MERZI, and CLARK.

15     18.  Defendants FIFITA, GONZALEZ, RAGSDALE, WILLIAMS, and

16 ZIE would withdraw amounts from their bank accounts that were

17 either approximately the same as or less than the amounts

18 transferred into their accounts by the persons in Egypt and would

19 divide those amounts with defendant LUCAS.

20     19.  Defendants J. AKERS, BROOKS, GONZALEZ, KELLY, LAWTON,

21 MARTIN, and ZIE would transfer a portion of the withdrawn amounts

22 to defendants LUCAS, MERZI, CLARK, and K. AKERS.

23     20.  Defendants LUCAS, MERZI, CLARK, J. AKERS, K. AKERS,

24 BROOKS, JENKINS, JOHNSON, LAWTON, and ZIE would transfer a

25 portion of the withdrawn amounts to the persons in Egypt,

26 including unindicted coconspirators A. E., A. EM., A. E. G.,

27 A. H., D. A. E. H., E. A., E. G., H. H., H. M., H. S., I. A. I.,

28

K. H., M. A., M. AL., M. G., M. H., M. M., M. R., MO. A.,

N. M. S., S. Y., and Y. M. S.

III. OVERT ACTS

    21.  In furtherance of the conspiracy, and to accomplish its objects, defendants LUCAS, MERZI, CLARK, J. AKERS, K. AKERS, ARBAUGH, BROOKS, COLSON, CREWS, FIFITA, GONZALEZ, GUNN, JENKINS, JOHNSON, LAWTON, MARTIN, RAGSDALE, SAUNDERS, SPENCER, VARJABEDIAN, ZIE, AGER, BLACK, DACOSTA, DANIELS, DAVIS, DEBOSE, FAUNCHER, FONTENOT, FULLER, GRIER, HARRINGTON, JORDAN, KELLY, LOGAN, LOUSIALE, MANCILLAS, MULLIN, NGUYEN, PLOGOVII, ROSS, ST. PIERRE, SEARS, SETTLE, SIMS, SMITH, THOMAS, UHAMAKA, VIORATO, WEEMS, WESTBROOKS, WILKINS, and WILLIAMS, and unindicted coconspirators D., Y., A. E., A. EM., A. E. G., A. H., D. A. E. H., E. A., E. G., H. H., H. M., H. S., I. A. I., K. H., M. A., M. AL., M. G., M. H., M. M., M. R., MO. A., N. M. S., S. Y., Y. M. S., A. J., B. J., E. C., E. H., K. M., L. W., and R. O., together with others known and unknown to the Grand Jury, on or about the dates set forth below, committed and willfully caused others to commit the following overt acts, among others, in the Central District of California and elsewhere:

A.    Defendants LUCAS and ZIE

    Overt Act No. 1:  On March 26, 2008, defendant ZIE opened one checking account and one savings account at BOA.

    Overt Act No. 2:  On March 27, 2008, defendant ZIE communicated five times by telephone with defendant LUCAS, in Los Angeles County.

    Overt Act No. 3:  On March 27, 2008, defendant ZIE withdrew

1 | $1,380 of the $1,393.19 that had been transferred into defendant

2 | ZIE's checking account from a victim bank account at BOA, which

3 | transfer neither BOA nor the victim authorized.

4 | B. Defendants LUCAS and ZIE

5 | Overt Act No. 4: On April 1, 2008, defendant ZIE opened one

6 | checking account and one savings account at BOA.

7 | Overt Act No. 5: On April 1, 2008, defendant ZIE

8 | communicated by telephone 54 times with defendant LUCAS, in Los

9 | Angeles County.

10 | Overt Act No. 6: On April 1, 2008, defendant ZIE withdrew

11 | $990 of the $997 that had been transferred into defendant ZIE's

12 | checking account from a victim bank account at BOA, which

13 | transfer neither BOA nor the victim authorized.

14 | C. Defendants LUCAS and ZIE

15 | Overt Act No. 7: On April 15, 2008, defendant ZIE opened

16 | one checking account and one savings account at BOA.

17 | Overt Act No. 8: On April 16, 2008, defendant ZIE

18 | communicated by telephone 24 times with defendant LUCAS, in Los

19 | Angeles County.

20 | Overt Act No. 9: On April 16, 2008, defendant ZIE withdrew

21 | $993 of the $993 that had been transferred into defendant ZIE's

22 | checking account from a victim bank account at BOA, which

23 | transfer neither BOA nor the victim authorized.

24 | D. Defendants LUCAS and ZIE

25 | Overt Act No. 10: On May 28, 2008, defendant ZIE opened one

26 | personal checking account, one business checking account, and one

27 | savings account at BOA.

28 |

1    <u>Overt Act No. 11:</u>  On May 30, 2008, defendant ZIE

2  communicated by telephone seven times with defendant LUCAS, in

3  Los Angeles County.

4    <u>Overt Act No. 12:</u>  On May 30, 2008, defendant ZIE withdrew

5  $2,750 of the $2,750 that had been transferred into defendant

6  ZIE's personal checking account from a victim bank account at

7  BOA, which transfer neither BOA nor the victim authorized.

8    <u>Overt Act No. 13:</u>  On May 30, 2008, defendant ZIE withdrew

9  $788 of the $788 that had been transferred into defendant ZIE's

10  business checking account from a victim bank account at BOA,

11  which transfer neither BOA nor the victim authorized.

12  E.   <u>Defendants LUCAS and ZIE</u>

13    <u>Overt Act No. 14:</u>  On July 31, 2008, defendant ZIE sent an

14  SMS message to defendant LUCAS, in Los Angeles County, to

15  transmit the account number and account holder name for the one

16  checking account and one savings account that unindicted

17  coconspirator K. M. opened that day at BOA, which transmission

18  was for the purpose of causing defendant LUCAS, in Los Angeles

19  County, to make and to cause an unauthorized transfer of funds to

20  those accounts and for the purpose of allowing unindicted

21  coconspirator K. M. to withdraw the transferred funds.

22  F.   <u>Defendants LUCAS, CREWS, and LOGAN</u>

23    <u>Overt Act No. 15:</u>  On July 31, 2008, defendant CREWS sent

24  SMS messages to defendant LUCAS, in Los Angeles County, to

25  transmit the account numbers and account holder name for the one

26  checking account and one savings account that defendant LOGAN

27  opened on July 30, 2008, at BOA, which transmission was for the

28

1  purpose of causing defendant LUCAS, in Los Angeles County, to

2  make and to cause an unauthorized transfer of funds to those

3  accounts and for the purpose of allowing defendant LOGAN to

4  withdraw the transferred funds.

5     Overt Act No. 16:  On July 31, 2008, in Los Angeles County,

6  defendant LUCAS caused a computer transfer of funds from a victim

7  bank account at BOA, which neither BOA nor the victim had

8  authorized, into defendant LOGAN's checking and savings accounts.

9     Overt Act No. 17:  On July 31, 2008, defendant LOGAN

10 withdrew $900 of the $900 that defendant LUCAS caused to be

11 transferred from the victim bank account into defendant LOGAN's

12 checking account.

13    Overt Act No. 18:  On July 31, 2008, defendant LOGAN

14 withdrew $400 of the $400 that defendant LUCAS caused to be

15 transferred from the victim bank account into defendant LOGAN's

16 savings account.

17 G.   Defendants LUCAS and MANCILLAS

18    Overt Act No. 19:  On July 31, 2008, an unindicted

19 coconspirator sent SMS messages to defendant LUCAS, in Los

20 Angeles County, to transmit the account numbers and account

21 holder name for the one checking account and one savings account

22 that defendant MANCILLAS opened on July 29, 2008, at BOA, which

23 transmission was for the purpose of causing defendant LUCAS, in

24 Los Angeles County, to make and to cause an unauthorized transfer

25 of funds to those accounts and for the purpose of allowing

26 defendant MANCILLAS to withdraw the transferred funds.

27    Overt Act No. 20:  On July 31, 2008, in Los Angeles County,

28

14

1 | defendant LUCAS caused computer transfers of funds from a victim
2 | bank account at BOA, which neither BOA nor the victim had
3 | authorized, into defendant MANCILLAS' checking and savings
4 | accounts.

5 |   Overt Act No. 21:  On July 31, 2008, defendant MANCILLAS
6 | withdrew $500 of the $500 that had been transferred from the
7 | victim bank account into defendant MANCILLAS' savings account.

8 |   Overt Act No. 22:  On July 31, 2008, defendant MANCILLAS
9 | withdrew $740 of the $750 that had been transferred from the
10 | victim bank account into defendant MANCILLAS' checking account.

11 | H. Defendants LUCAS and MULLIN

12 |   Overt Act No. 23:  On July 31, 2008, an unindicted
13 | coconspirator sent SMS messages to defendant LUCAS, in Los
14 | Angeles County, to transmit the account numbers and account
15 | holder name for the one checking account and one savings account
16 | that defendant MULLIN held at BOA, which transmission was for the
17 | purpose of causing defendant LUCAS, in Los Angeles County, to
18 | make and to cause an unauthorized transfer of funds to those
19 | accounts and for the purpose of allowing defendant MULLIN to
20 | withdraw the transferred funds.

21 |   Overt Act No. 24:  On July 31, 2008, in Los Angeles County,
22 | defendant LUCAS caused computer transfers of $800 from a victim
23 | bank account at BOA, which neither BOA nor the victim had
24 | authorized, into defendant MULLIN's checking account and $350
25 | from a victim bank account at BOA, which neither BOA nor the
26 | victim had authorized, into defendant MULLIN's savings account.

27 |   Overt Act No. 25:  On July 31, 2008, defendant MULLIN
28 |

withdrew $1,077 from his checking account, which represented a
portion of the unauthorized transfers into his bank accounts.

I.    Defendants LUCAS and DAVIS

     Overt Act No. 26:  On July 31, 2008, an unindicted
coconspirator sent SMS messages to defendant LUCAS, in Los
Angeles County, to transmit the account numbers and account
holder name for the one checking account and one savings account
that defendant DAVIS held at BOA, which transmission was for the
purpose of causing defendant LUCAS, in Los Angeles County, to
make and to cause an unauthorized transfer of funds to those
accounts and for the purpose of allowing defendant DAVIS to
withdraw the transferred funds.

     Overt Act No. 27:  On July 31, 2008, in Los Angeles County,
defendant LUCAS caused computer transfers of funds from a victim
bank account at BOA, which neither BOA nor the victim had
authorized, into defendant DAVIS' checking account.

     Overt Act No. 28:  On July 31, 2008, defendant DAVIS
withdrew $997.21 of the $997.21 that had been transferred from
the victim bank account into defendant DAVIS' checking account.

J.    Defendants LUCAS and GONZALEZ

     Overt Act No. 29:  On August 1, 2008, in Los Angeles County,
defendant GONZALEZ sent SMS messages to defendant LUCAS, in Los
Angeles County, to request a social security number to open bank
accounts for fraudulent purposes.

     Overt Act No. 30:  On August 1, 2008, in Los Angeles County,
defendant LUCAS sent SMS messages to defendant GONZALEZ, in Los
Angeles County, to transmit a social security number not

16

1   belonging to defendant GONZALEZ.

2      Overt Act No. 31:  On August 1, 2008, in Los Angeles County,

3   defendant GONZALEZ sent SMS messages to defendant LUCAS, in Los

4   Angeles County, to transmit the account numbers and account

5   holder name for the one checking account and one savings account

6   that defendant GONZALEZ opened that day at BOA, which

7   transmission was for the purpose of causing defendant LUCAS, in

8   Los Angeles County, to make and to cause an unauthorized transfer

9   of funds to those accounts and for the purpose of allowing

10   defendant GONZALEZ to withdraw the transferred funds.

11   K.   Defendants LUCAS, ARBAUGH, and JORDAN

12      Overt Act No. 32:  On August 1, 2008, defendant ARBAUGH sent

13   an SMS message to defendant LUCAS, in Los Angeles County, to

14   transmit the account numbers and account holder name for the one

15   checking account and the one savings account that defendant

16   JORDAN opened that day at BOA, which transmission was for the

17   purpose of causing defendant LUCAS, in Los Angeles County, to

18   make and to cause an unauthorized transfer of funds to those

19   accounts and for the purpose of allowing defendant JORDAN to

20   withdraw the transferred funds.

21      Overt Act No. 33:  On August 1, 2008, in Los Angeles County,

22   defendant LUCAS caused a computer transfer of funds from a victim

23   bank account at BOA, which neither BOA nor the victim had

24   authorized, into defendant JORDAN's checking account.

25      Overt Act No. 34:  On August 1, 2008, in San Bernardino

26   County, defendant JORDAN withdrew $700 of the $700 transferred

27   from the victim bank account into defendant JORDAN's checking

28

1  account.

2  L.    Defendants LUCAS and JORDAN

3      Overt Act No. 35:  On August 6, 2008, in San Bernardino

4  County, defendant JORDAN opened a checking account at BOA for the

5  purpose of causing defendant LUCAS, in Los Angeles County, to

6  make and to cause an unauthorized transfer of funds to those

7  accounts and for the purpose of allowing defendant JORDAN to

8  withdraw the transferred funds.

9      Overt Act No. 36:  On August 6, 2008, in Los Angeles County,

10  defendant LUCAS caused a computer transfer of funds from a victim

11  bank account at BOA, which neither BOA nor the victim had

12  authorized, into defendant JORDAN's checking account.

13      Overt Act No. 37:  On August 6, 2008, in San Bernardino

14  County, defendant JORDAN withdrew $350 of the $350 transferred

15  from the victim bank account into defendant JORDAN's checking

16  account.

17  M.    Defendants LUCAS and WESTBROOKS

18      Overt Act No. 38:  On August 6, 2008, an unindicted

19  coconspirator sent SMS messages to defendant LUCAS, in Los

20  Angeles County, to transmit the account numbers and account

21  holder name for the one checking account and one savings account

22  that defendant WESTBROOKS opened on August 5, 2008, at BOA, which

23  transmission was for the purpose of causing defendant LUCAS, in

24  Los Angeles County, to make and to cause an unauthorized transfer

25  of funds to those accounts and for the purpose of allowing

26  defendant WESTBROOKS to withdraw the transferred funds.

27      Overt Act No. 39:  On August 6, 2008, in Los Angeles County,

28

1  defendant LUCAS caused computer transfers of funds from a victim

2  bank account at BOA, which neither BOA nor the victim had

3  authorized, into defendant WESTBROOKS' checking and savings

4  accounts.

5       Overt Act No. 40:  On August 6, 2008, defendant WESTBROOKS

6  withdrew $843 of the $850 that had been transferred from the

7  victim bank account into defendant WESTBROOKS' checking account.

8       Overt Act No. 41:  On August 6, 2008, defendant WESTBROOKS

9  withdrew $440 of the $450 that had been transferred from the

10 victim bank account into defendant WESTBROOKS' savings account.

11 N.   Defendants LUCAS and RAGSDALE

12      Overt Act No. 42:  On August 6, 2008, defendant RAGSDALE

13 sent SMS messages to defendant LUCAS, in Los Angeles County, to

14 transmit the account numbers and account holder name for the one

15 checking account and one savings account that defendant RAGSDALE

16 opened that day at BOA, which transmission was for the purpose of

17 causing defendant LUCAS, in Los Angeles County, to make and to

18 cause an unauthorized transfer of funds to those accounts and for

19 the purpose of allowing defendant RAGSDALE to withdraw the

20 transferred funds.

21      Overt Act No. 43:  On August 6, 2008, in Los Angeles County,

22 defendant LUCAS caused a computer transfer of funds from a victim

23 bank account at BOA, which neither BOA nor the victim had

24 authorized, into defendant RAGSDALE's checking account.

25      Overt Act No. 44:  On August 6, 2008, in Los Angeles County,

26 defendant RAGSDALE withdrew $700 of the $700 that defendant LUCAS

27 caused to be transferred from the victim bank account into

28

1 | defendant RAGSDALE's checking account.

2 | O.    Defendants LUCAS, CREWS, and AGER

3 |     Overt Act No. 45:  On August 8, 2008, defendant CREWS sent

4 | SMS messages to defendant LUCAS, in Los Angeles County, to

5 | transmit the account number and account holder name for the one

6 | checking account that defendant AGER opened on August 6, 2008, at

7 | BOA, which transmission was for the purpose of causing defendant

8 | LUCAS, in Los Angeles County, to make and to cause an

9 | unauthorized transfer of funds to that account and for the

10 | purpose of allowing defendant AGER to withdraw the transferred

11 | funds.

12 |     Overt Act No. 46:  On August 8, 2008, in Los Angeles County,

13 | defendant LUCAS caused a computer transfer of funds from a victim

14 | bank account at BOA, which neither BOA nor the victim had

15 | authorized, into defendant AGER's checking account.

16 |     Overt Act No. 47:  On August 8, 2008, defendant AGER

17 | withdrew $1,283 of the $1,458 that defendant LUCAS caused to be

18 | transferred from the victim bank account into defendant AGER's

19 | checking account.

20 | P.    Defendants LUCAS, CREWS, and ROSS

21 |     Overt Act No. 48:  On August 11, 2008, defendant CREWS sent

22 | SMS messages to defendant LUCAS, in Los Angeles County, to

23 | transmit the account numbers and account holder name for the one

24 | checking account and one savings account that defendant ROSS

25 | opened that day at BOA, which transmission was for the purpose of

26 | causing defendant LUCAS, in Los Angeles County, to make and to

27 | cause an unauthorized transfer of funds to those accounts and for

28 |

1  the purpose of allowing defendant ROSS to withdraw the

2  transferred funds.

3      Overt Act No. 49:  On August 11, 2008, in Los Angeles

4  County, defendant LUCAS caused a computer transfer of funds from

5  a victim bank account at BOA, which neither BOA nor the victim

6  had authorized, into defendant ROSS' checking and savings

7  accounts.

8      Overt Act No. 50:  On August 11, 2008, defendant ROSS

9  withdrew $1,500 of the $1,500 that defendant LUCAS caused to be

10  transferred from the victim bank account into defendant ROSS'

11  checking account.

12      Overt Act No. 51:  On August 11, 2008, defendant ROSS

13  withdrew $1,500 of the $1,500 that defendant LUCAS caused to be

14  transferred from the victim bank account into defendant ROSS'

15  savings account.

16  Q.  Defendants LUCAS, CREWS, and SIMS

17      Overt Act No. 52:  On August 11, 2008, defendant CREWS sent

18  SMS messages to defendant LUCAS, in Los Angeles County, to

19  transmit the account numbers and account holder name for the one

20  checking account and one savings account that defendant SIMS

21  opened that day at BOA, which transmission was for the purpose of

22  causing defendant LUCAS, in Los Angeles County, to make and to

23  cause an unauthorized transfer of funds to those accounts and for

24  the purpose of allowing defendant SIMS to withdraw the

25  transferred funds.

26      Overt Act No. 53:  On August 11, 2008, in Los Angeles

27  County, defendant LUCAS caused a computer transfer of funds from

28

1  a victim bank account at BOA, which neither BOA nor the victim

2  had authorized, into defendant SIMS' checking and savings

3  accounts.

4      Overt Act No. 54:  On August 11, 2008, defendant SIMS

5  withdrew $850 of the $1,350 that defendant LUCAS caused to be

6  transferred from the victim bank account into defendant SIMS'

7  checking account.

8      Overt Act No. 55:  On August 11, 2008, defendant SIMS

9  withdrew $1,500 of the $1,500 that defendant LUCAS caused to be

10 transferred from the victim bank account into defendant SIMS'

11 savings account.

12 R.   Defendants LUCAS, RAGSDALE, and FULLER

13     Overt Act No. 56:  On August 12, 2008, in Los Angeles

14 County, defendant RAGSDALE sent SMS messages to defendant LUCAS,

15 in Los Angeles County, to transmit the account numbers and

16 account holder name for the one checking account and one savings

17 account that defendant FULLER opened that day at BOA for the

18 purpose of causing defendant LUCAS, in Los Angeles County, to

19 make and to cause an unauthorized transfer of funds to those

20 accounts and for the purpose of allowing defendant FULLER to

21 withdraw the transferred funds.

22     Overt Act No. 57:  On August 14, 2008, in Los Angeles

23 County, defendant LUCAS caused a computer transfer of funds from

24 a victim bank account at BOA, which neither BOA nor the victim

25 had authorized, into defendant FULLER's checking and savings

26 accounts.

27     Overt Act No. 58:  On August 14, 2008, in Los Angeles

28

1   County, defendant FULLER withdrew $950 of the $1,000 that

2   defendant LUCAS caused to be transferred from the victim bank

3   account into defendant FULLER's checking account.

4       Overt Act No. 59:  On August 14, 2008, in Los Angeles

5   County, defendant FULLER withdrew $350 of the $350 that defendant

6   LUCAS caused to be transferred from the victim bank account into

7   defendant FULLER's savings account.

8       Overt Act No. 60:  On August 20, 2008, in Los Angeles

9   County, defendant LUCAS sent SMS messages to defendant RAGSDALE,

10  to request that defendant RAGSDALE transfer money by Western

11  Union to defendant LUCAS.

12      Overt Act No. 61:  On August 26, 2008, defendant RAGSDALE

13  sent SMS messages to defendant LUCAS, in Los Angeles County, to

14  advise that defendant RAGSDALE would transfer $925 by Western

15  Union to defendant LUCAS.

16  S.   Defendants LUCAS, CREWS, and BLACK

17      Overt Act No. 62:  On August 20, 2008, defendant CREWS sent

18  SMS messages to defendant LUCAS, in Los Angeles County, to

19  transmit the account number and account holder name for the one

20  savings account that defendant BLACK opened on August 18, 2008,

21  at BOA, which transmission was for the purpose of causing

22  defendant LUCAS, in Los Angeles County, to make and to cause an

23  unauthorized transfer of funds to that account and for the

24  purpose of allowing defendant BLACK to withdraw the transferred

25  funds.

26      Overt Act No. 63:  On August 20, 2008, in Los Angeles

27  County, defendant LUCAS caused a computer transfer of funds from

28

a victim bank account at BOA, which neither BOA nor the victim had authorized, into defendant BLACK's checking and savings accounts.

Overt Act No. 64: On August 20, 2008, defendant BLACK withdrew $350 of the $1,350 that defendant LUCAS caused to be transferred from the victim bank account into defendant BLACK's savings account.

Overt Act No. 65: On August 20, 2008, defendant BLACK withdrew $1,650 of the $1,650 that defendant LUCAS caused to be transferred from the victim bank account into defendant BLACK's checking account.

T.    Defendants LUCAS and GONZALEZ

Overt Act No. 66: On August 20, 2008, defendant GONZALEZ sent SMS messages to defendant LUCAS, in Los Angeles County, to transmit the account numbers and account holder name for the one checking account and one savings account that defendant GONZALEZ opened that day at BOA, which transmission was for the purpose of causing defendant LUCAS, in Los Angeles County, to make and to cause an unauthorized transfer of funds to those accounts and for the purpose of allowing defendant GONZALEZ to withdraw the transferred funds.

Overt Act No. 67: On August 20, 2008, in Los Angeles County, defendant LUCAS caused a computer transfer of funds from a victim bank account at BOA, which neither BOA nor the victim had authorized, into defendant GONZALEZ' checking account.

Overt Act No. 68: On August 20, 2008, in Riverside County, defendant GONZALEZ withdrew $1,500 of the $1,500 that defendant

24

1  LUCAS caused to be transferred from the victim bank account into

2  defendant GONZALEZ' checking account.

3  U.    Defendants LUCAS and NGUYEN

4       Overt Act No. 69:  On August 20, 2008, an unindicted

5  coconspirator sent SMS messages to defendant LUCAS, in Los

6  Angeles County, to transmit the account numbers and account

7  holder name for the one checking account and one savings account

8  that defendant NGUYEN held at BOA, which transmission was for the

9  purpose of causing defendant LUCAS, in Los Angeles County, to

10 make and to cause an unauthorized transfer of funds to those

11 accounts and for the purpose of allowing defendant NGUYEN to

12 withdraw the transferred funds.

13      Overt Act No. 70:  On August 20, 2008, in Los Angeles

14 County, defendant LUCAS caused computer transfers of $350 from a

15 victim bank account at BOA, which neither BOA nor the victim had

16 authorized, into defendant NGUYEN's checking account and $1,200

17 from a victim bank account at BOA, which neither BOA nor the

18 victim had authorized, into defendant NGUYEN's savings account.

19      Overt Act No. 71:  On August 20, 2008, defendant NGUYEN

20 withdrew $1,150 from the checking account, which represented $350

21 of the unauthorized transfer into his checking account and $800

22 of the unauthorized transfer into his savings account.

23      Overt Act No. 72:  On August 20, 2008, defendant NGUYEN

24 withdrew $400 of the $1,200 that had been transferred from the

25 victim bank account into defendant NGUYEN's savings account.

26

27

28

V.   Defendants LUCAS and DEBOSE

Overt Act No. 73: On August 20, 2008, an unindicted coconspirator sent SMS messages to defendant LUCAS, in Los Angeles County, to transmit the account numbers and account holder name for the one checking account and one savings account that defendant DEBOSE opened the previous day at BOA, which transmission was for the purpose of causing defendant LUCAS, in Los Angeles County, to make and to cause an unauthorized transfer of funds to those accounts and for the purpose of allowing defendant DEBOSE to withdraw the transferred funds.

Overt Act No. 74: On August 20, 2008, in Los Angeles County, defendant LUCAS caused computer transfers from a victim bank account at BOA, which neither BOA nor the victim had authorized, into defendant DEBOSE's savings account.

Overt Act No. 75: On August 20, 2008, defendant DEBOSE withdrew $1,200 of the $1,200 that had been transferred from the victim bank account into defendant DEBOSE's savings account.

W.   Defendants LUCAS, CREWS, and GRIER

Overt Act No. 76: On August 25, 2008, defendant CREWS sent SMS messages to defendant LUCAS, in Los Angeles County, to transmit the account number and account holder name for the one checking account that defendant GRIER opened on August 22, 2008, at BOA, which transmission was for the purpose of causing defendant LUCAS, in Los Angeles County, to make and to cause an unauthorized transfer of funds to that account and for the purpose of allowing defendant GRIER to withdraw the transferred funds.

1        <u>Overt Act No. 77:</u>  On August 25, 2008, in Los Angeles

2    County, defendant LUCAS caused a computer transfer of funds from

3    a victim bank account at BOA, which neither BOA nor the victim

4    had authorized, into defendant GRIER's checking account.

5        <u>Overt Act No. 78:</u>  On August 25, 2008, defendant GRIER

6    withdrew $1,590 of the $1,590 that defendant LUCAS caused to be

7    transferred from the victim bank account into defendant GRIER's

8    checking account.

9    X.   <u>Defendants LUCAS and VIORATO</u>

10        <u>Overt Act No. 79:</u>  On September 2, 2008, an unindicted

11    coconspirator sent SMS messages to defendant LUCAS, in Los

12    Angeles County, to transmit the account numbers and account

13    holder name for the one checking account and one savings account

14    that defendant VIORATO opened that day at BOA, which transmission

15    was for the purpose of causing defendant LUCAS, in Los Angeles

16    County, to make and to cause an unauthorized transfer of funds to

17    those accounts and for the purpose of allowing defendant VIORATO

18    to withdraw the transferred funds.

19        <u>Overt Act No. 80:</u>  On September 2, 2008, in Los Angeles

20    County, defendant LUCAS caused computer transfers of funds from a

21    victim bank account at BOA, which neither BOA nor the victim had

22    authorized, into defendant VIORATO's bank accounts.

23        <u>Overt Act No. 81:</u>  On September 2, 2008, defendant VIORATO

24    withdrew $530 of the $530 that had been transferred from the

25    victim bank account into defendant VIORATO's checking account.

26        <u>Overt Act No. 82:</u>  On September 2, 2008, defendant VIORATO

27    withdrew $1,250 of the $1,250 that had been transferred from the

28

1  victim bank account into defendant VIORATO's savings account.

2  Y.   Defendants LUCAS and GONZALEZ

3       Overt Act No. 83:  On September 3, 2008, defendant LUCAS

4  sent SMS messages to defendant GONZALEZ to transmit a social

5  security number not belonging to defendant GONZALEZ.

6       Overt Act No. 84:  On September 3, 2008, defendant GONZALEZ

7  sent SMS messages to defendant LUCAS, in Los Angeles County, to

8  transmit the account numbers and account holder name for the one

9  checking account and the one savings account that defendant

10 GONZALEZ opened that day at BOA, using the social security number

11 provided by defendant LUCAS, which transmission was for the

12 purpose of causing defendant LUCAS, in Los Angeles County, to

13 make and to cause an unauthorized transfer of funds to those

14 accounts and for the purpose of allowing defendant GONZALEZ to

15 withdraw the transferred funds.

16      Overt Act No. 85:  On September 3, 2008, in Los Angeles

17 County, defendant LUCAS caused a computer transfer of funds from

18 a victim bank account at BOA, which neither BOA nor the victim

19 had authorized, into defendant GONZALEZ' checking and savings

20 accounts.

21      Overt Act No. 86:  On September 3, 2008, in San Bernardino

22 County, defendant GONZALEZ withdrew $750 of the $1,000 that

23 defendant LUCAS caused to be transferred from the victim bank

24 account into defendant GONZALEZ' checking account.

25      Overt Act No. 87:  On September 3, 2008, in San Bernardino

26 County, defendant GONZALEZ withdrew $400 of the $400 that

27 defendant LUCAS caused to be transferred from the victim bank

28

28

1  account into defendant GONZALEZ' savings account.

2  Z.    Defendants LUCAS, SAUNDERS, and DANIELS

3       Overt Act No. 88:  On September 3, 2008, defendant SAUNDERS

4  sent SMS messages to defendant LUCAS, in Los Angeles County, to

5  transmit the account numbers and account holder name for the one

6  checking account and the one savings account that defendant

7  DANIELS opened that day at BOA, which transmission was for the

8  purpose of causing defendant LUCAS, in Los Angeles County, to

9  make and to cause an unauthorized transfer of funds to those

10 accounts and for the purpose of allowing defendant DANIELS to

11 withdraw the transferred funds.

12      Overt Act No. 89:  On September 3, 2008, in Los Angeles

13 County, defendant LUCAS caused computer transfers of funds from a

14 victim bank account at BOA, which neither BOA nor the victim had

15 authorized, into defendant DANIELS' checking and savings

16 accounts.

17      Overt Act No. 90:  On September 3, 2008, in Riverside

18 County, defendant DANIELS withdrew $1,500 of the $1,500 that had

19 been transferred from the victim bank account into defendant

20 DANIELS' checking account.

21      Overt Act No. 91:  On September 3, 2008, in Riverside

22 County, defendant DANIELS withdrew $320 of the $1,670 that had

23 been transferred from the victim bank account into defendant

24 DANIELS' savings account.

25 AA.   Defendants LUCAS and WILLIAMS

26      Overt Act No. 92:  On September 4, 2008, in San Bernardino

27 County, unindicted coconspirator N. F. sent an SMS message to

28

defendant LUCAS, in Los Angeles County, to transmit the account numbers and account holder name for the one checking account and one savings account that defendant WILLAMS opened that day at BOA, which transmission was for the purpose of causing defendant LUCAS, in Los Angeles County, to make and to cause an unauthorized transfer of funds to those accounts and for the purpose of allowing defendant WILLIAMS to withdraw the transferred funds.

Overt Act No. 93:  On September 4, 2008, in Los Angeles County, defendant LUCAS caused computer transfers of $998 from a victim bank account at BOA, which neither BOA nor the victim had authorized, into defendant WILLIAMS' checking account and $350 from a victim bank account at BOA, which neither BOA nor the victim had authorized, into defendant WILLIAMS' savings account.

Overt Act No. 94:  On September 4, 2008, in San Bernardino County, defendant WILLIAMS withdrew $1,000 from the checking account, which represented a portion of the unauthorized transfers into his bank accounts.

BB.   Defendants LUCAS, JOHNSON, and PLOGOVII

Overt Act No. 95:  On September 5, 2008, defendant JOHNSON sent an SMS message to defendant LUCAS, in Los Angeles County, to transmit the account numbers and account holder name for the one checking account and one savings account that defendant PLOGOVII opened that day at BOA for the purpose of causing defendant LUCAS, in Los Angeles County, to make and to cause an unauthorized transfer of funds to those accounts and for the purpose of allowing defendant PLOGOVII to withdraw the

1  transferred funds.

2      Overt Act No. 96:  On September 5, 2008, in Los Angeles

3  County, defendant LUCAS caused a computer transfer of funds from

4  a victim bank account at BOA, which neither BOA nor the victim

5  had authorized, into defendant PLOGOVII's checking and savings

6  accounts.

7      Overt Act No. 97:  On September 5, 2008, in Orange County,

8  defendant PLOGOVII withdrew $993 of the $993 transferred from the

9  victim bank account into defendant PLOGOVII's checking account.

10     Overt Act No. 98:  On September 5, 2008, in Orange County,

11  defendant PLOGOVII withdrew $229 of the $229 transferred from the

12  victim bank account into defendant PLOGOVII's savings account.

13  CC.  Defendants LUCAS, JOHNSON, and SETTLE

14     Overt Act No. 99:  On September 5, 2008, defendant JOHNSON

15  sent an SMS message to defendant LUCAS, in Los Angeles County, to

16  transmit the account numbers and account holder name for the one

17  checking account and one savings account that defendant SETTLE

18  opened that day at BOA for the purpose of causing defendant

19  LUCAS, in Los Angeles County, to make and to cause an

20  unauthorized transfer of funds to those accounts and for the

21  purpose of allowing defendant SETTLE to withdraw the transferred

22  funds.

23     Overt Act No. 100:  On September 5, 2008, defendant LUCAS,

24  in Los Angeles County, sent an SMS message to defendant CLARK, in

25  Los Angeles County, to transmit the account numbers and account

26  holder name for the one checking account and one savings account

27  that defendant SETTLE opened that day at BOA for the purpose of

28

1  causing defendant CLARK, in Los Angeles County, to make and to
2  cause an unauthorized transfer of funds to those accounts and for
3  the purpose of allowing defendant SETTLE to withdraw the
4  transferred funds.
5      Overt Act No. 101:  On September 5, 2008, in Los Angeles
6  County, defendant LUCAS caused a computer transfer of funds from
7  a victim bank account at BOA, which neither BOA nor the victim
8  had authorized, into defendant SETTLE's checking and savings
9  accounts.
10     Overt Act No. 102:  On September 5, 2008, in Orange County,
11 defendant SETTLE withdrew $2,950 of the $3,000 transferred from
12 the victim bank account into defendant SETTLE's checking account.
13     Overt Act No. 103:  On September 5, 2008, in Orange County,
14 defendant SETTLE withdrew $2,950 of the $3,000 transferred from
15 the victim bank account into defendant SETTLE's savings account.
16 DD.  Defendants LUCAS, SAUNDERS, and WILKINS
17     Overt Act No. 104:  On September 15, 2008, defendant
18 SAUNDERS sent SMS messages to defendant LUCAS, in Los Angeles
19 County, to transmit the account numbers and account holder name
20 for the one checking account and one savings account that
21 defendant WILKINS opened that day at Wells Fargo, which
22 transmission was for the purpose of causing defendant LUCAS, in
23 Los Angeles County, to make and to cause an unauthorized transfer
24 of funds to those accounts and for the purpose of allowing
25 defendant WILKINS to withdraw the transferred funds.
26     Overt Act No. 105:  On September 15, 2008, in Los Angeles
27 County, defendant LUCAS caused computer transfers of funds from a
28

victim bank account at Wells Fargo, which neither Wells Fargo nor the victim had authorized, into defendant WILKINS' checking account.

Overt Act No. 106: On September 18, 2008, in San Bernardino County, defendant WILKINS withdrew $1,030 of the $1,925 that had been transferred from the victim bank account into defendant WILKINS' checking account.

EE.   Defendants LUCAS and GONZALEZ

Overt Act No. 107: On September 17, 2008, in Los Angeles County, defendant GONZALEZ sent SMS messages to defendant LUCAS, in Los Angeles County, requesting a social security number for unindicted coconspirator R. O. to open bank accounts for fraudulent purposes.

Overt Act No. 108: On September 17, 2008, in Los Angeles County, defendant LUCAS sent SMS messages to defendant GONZALEZ, in San Bernardino County, to transmit a social security number not belonging to unindicted coconspirator R. O.

Overt Act No. 109: On September 17, 2008, in Los Angeles County, defendant GONZALEZ sent SMS messages to defendant LUCAS, in Los Angeles County, to transmit the account numbers and account holder name for the one checking account and one savings account that unindicted coconspirator R. O. opened that day at BOA, which transmission was for the purpose of causing defendant LUCAS, in Los Angeles County, to make and to cause an unauthorized transfer of funds to those accounts and for the purpose of allowing unindicted coconspirator R. O. to withdraw the transferred funds.

1    <u>Overt Act No. 110:</u>  On September 17, 2008, in Los Angeles

2  County, defendant LUCAS caused a computer transfer of funds from

3  a victim bank account at BOA, which neither BOA nor the victim

4  had authorized, into unindicted coconspirator R. O.'s checking

5  and savings accounts.

6    <u>Overt Act No. 111:</u>  On September 17, 2008, in Los Angeles

7  County, unindicted coconspirator R. O. withdrew $600 of the $600

8  that defendant LUCAS caused to be transferred from the victim

9  bank account into unindicted coconspirator R. O.'s checking

10  account.

11    <u>Overt Act No. 112:</u>  On September 17, 2008, in Los Angeles

12  County, defendant GONZALEZ transferred $300 by Moneygram to

13  defendant LUCAS.

14  FF.  <u>LUCAS, JOHNSON, and FONTENOT</u>

15    <u>Overt Act No. 113:</u>  On September 18, 2008, defendant JOHNSON

16  sent an SMS message to defendant LUCAS, in Los Angeles County, to

17  transmit the account numbers and account holder name for the one

18  checking account and one savings account that defendant FONTENOT

19  opened that day at BOA for the purpose of causing defendant

20  LUCAS, in Los Angeles County, to make and to cause an

21  unauthorized transfer of funds to those accounts and for the

22  purpose of allowing defendant FONTENOT to withdraw the

23  transferred funds.

24    <u>Overt Act No. 114:</u>  On September 18, 2008, in Los Angeles

25  County, defendant LUCAS caused a computer transfer of funds from

26  a victim bank account at BOA, which neither BOA nor the victim

27  had authorized, into defendant FONTENOT's checking and savings

28

34

1 accounts.

2     <u>Overt Act No. 115:</u> On September 18, 2008, in Orange County,

3 defendant FONTENOT withdrew $1,000 of the $1,000 that had been

4 transferred from the victim bank account into defendant

5 FONTENOT's checking account.

6 GG.   <u>Defendants LUCAS, RAGSDALE, and THOMAS</u>

7     <u>Overt Act No. 116:</u> On September 19, 2008, in Los Angeles

8 County, defendant RAGSDALE sent SMS messages to defendant LUCAS,

9 in Los Angeles County, to transmit the account numbers and

10 account holder name for the one checking account and one savings

11 account that defendant THOMAS opened that day at BOA, which

12 transmission was for the purpose of causing defendant LUCAS, in

13 Los Angeles County, to make and to cause an unauthorized transfer

14 of funds to those accounts and for the purpose of allowing

15 defendant THOMAS to withdraw the transferred funds.

16     <u>Overt Act No. 117:</u> On September 19, 2008, in Los Angeles

17 County, defendant LUCAS caused a computer transfer of funds from

18 a victim bank account at BOA, which neither BOA nor the victim

19 had authorized, into defendant THOMAS' checking and savings

20 accounts.

21     <u>Overt Act No. 118:</u> On September 19, 2008, in Los Angeles

22 County, defendant THOMAS withdrew $2,344 of the $2,344 that

23 defendant LUCAS caused to be transferred from the victim bank

24 account into defendant THOMAS' checking account.

25 HH.   <u>Defendants LUCAS, LAWTON, and COLSON</u>

26     <u>Overt Act No. 119:</u> On September 22, 2008, in San Bernardino

27 County, defendant LAWTON sent an SMS message to defendant LUCAS,

28

1  in Los Angeles County, to transmit the account numbers and
2  account holder name for the one checking account and one savings
3  account that defendant COLSON opened on September 19, 2008, at
4  BOA, which transmission was for the purpose of causing defendant
5  LUCAS, in Los Angeles County, to make and to cause an
6  unauthorized transfer of funds to those accounts and for the
7  purpose of allowing defendant COLSON to withdraw the transferred
8  funds.

9      Overt Act No. 120:  On September 22, 2008, in San Bernardino
10  County, defendant LUCAS caused a computer transfer of funds from
11  a victim bank account at BOA, which neither BOA nor the victim
12  had authorized, into defendant COLSON's checking account.

13      Overt Act No. 121:  On September 22, 2008, in San Bernardino
14  County, defendant COLSON withdrew $1,450 of the $1,450 that
15  defendant LUCAS caused to be transferred from the victim bank
16  account into defendant COLSON's checking account.

17  II.  Defendants LUCAS, RAGSDALE, and THOMAS

18      Overt Act No. 122:  On September 24, 2008, defendant
19  RAGSDALE sent SMS messages to defendant LUCAS, in Los Angeles
20  County, to transmit the account numbers and account holder name
21  for the one checking account and one savings account that
22  defendant THOMAS opened on September 22, 2008, at BOA, which
23  transmission was for the purpose of causing defendant LUCAS, in
24  Los Angeles County, to make and to cause an unauthorized transfer
25  of funds to those accounts and for the purpose of allowing
26  defendant THOMAS to withdraw the transferred funds.

27      Overt Act No. 123:  On September 25, 2008, in Los Angeles
28

1  County, defendant LUCAS caused a computer transfer from a victim
2  bank account at BOA, which neither BOA nor the victim had
3  authorized, into defendant THOMAS' checking account.

4      Overt Act No. 124:  On September 30, 2008, in Los Angeles
5  County, defendant THOMAS withdrew $948 of the $968 that defendant
6  LUCAS caused to be transferred from the victim bank account into
7  defendant THOMAS' checking account.

8  JJ.  Defendants LUCAS, BROOKS, VARJABEDIAN, and KELLY

9      Overt Act No. 125:  On September 29, 2008, defendants BROOKS
10 and VARJABEDIAN both sent SMS messages to defendant LUCAS, in Los
11 Angeles County, to transmit the account numbers and account
12 holder name for the one checking account and one savings account
13 that defendant KELLY opened that day at BOA, which transmission
14 was for the purpose of causing defendant LUCAS, in Los Angeles
15 County, to make and to cause an unauthorized transfer of funds to
16 those accounts and for the purpose of allowing defendant KELLY to
17 withdraw the transferred funds.

18     Overt Act No. 126:  On September 29, 2008, defendant
19 VARJABEDIAN sent an SMS message to defendant LUCAS, in Los
20 Angeles County, to transmit a social security number used for the
21 accounts that defendant KELLY opened that day at BOA, which
22 transmission was for the purpose of causing defendant LUCAS, in
23 Los Angeles County, to make and to cause an unauthorized transfer
24 of funds to those accounts and for the purpose of allowing
25 defendant KELLY to withdraw the transferred funds.

26     Overt Act No. 127:  On September 29, 2008, in Los Angeles
27 County, defendant LUCAS caused a computer transfer of funds from

28

1  a victim bank account at BOA, which neither BOA nor the victim

2  had authorized, into defendant KELLY's checking account.

3      Overt Act No. 128:  On September 29, 2008, defendant KELLY

4  withdrew $1,020 of the $1,996 that had been transferred from the

5  victim bank account into defendant KELLY's checking account.

6      Overt Act No. 129:  On September 29, 2008, defendant KELLY

7  transferred $400 by Moneygram to defendant LUCAS in Los Angeles

8  County.

9  KK.  Defendants LUCAS and WILLIAMS

10     Overt Act No. 130:  On October 1, 2008, in San Bernardino

11 County, defendant WILLIAMS sent an SMS message to defendant

12 LUCAS, in Los Angeles County, to transmit the account numbers and

13 account holder name for the one checking account and one savings

14 account that defendant WILLAMS opened that day at BOA, which

15 transmission was for the purpose of causing defendant LUCAS, in

16 Los Angeles County, to make and to cause an unauthorized transfer

17 of funds to those accounts and for the purpose of allowing

18 defendant WILLIAMS to withdraw the transferred funds.

19     Overt Act No. 131:  On October 1, 2008, in Los Angeles

20 County, defendant LUCAS caused computer transfers of $998 from a

21 victim bank account at BOA, which neither BOA nor the victim had

22 authorized, into defendant WILLIAMS' checking account and $850

23 from a victim bank account at BOA, which neither BOA nor the

24 victim had authorized, into defendant WILLIAMS' savings account.

25     Overt Act No. 132:  On October 1, 2008, in San Bernardino

26 County, defendant WILLIAMS withdrew $1,000 from the checking

27 account, which represented a portion of the unauthorized

28

38

1  transfers into his bank accounts.

2  LL.   Defendants LUCAS, RAGSDALE, and HARRINGTON

3       Overt Act No. 133:  On October 3, 2008, in Los Angeles

4  County, defendant RAGSDALE sent SMS messages to defendant LUCAS,

5  in Los Angeles County, to transmit the account numbers and

6  account holder name for the one checking account and one savings

7  account that defendant HARRINGTON opened that day at BOA, which

8  transmission was for the purpose of causing defendant LUCAS, in

9  Los Angeles County, to make and to cause an unauthorized transfer

10  of funds to those accounts and for the purpose of allowing

11  defendant HARRINGTON to withdraw the transferred funds.

12       Overt Act No. 134:  On October 7, 2008, in Los Angeles

13  County, defendant LUCAS caused a computer transfer of funds from

14  a victim bank account at BOA, which neither BOA nor the victim

15  had authorized, into defendant HARRINGTON's checking and savings

16  accounts.

17       Overt Act No. 135:  On October 7, 2008, in Los Angeles

18  County, defendant HARRINGTON withdrew $2,000 of the $2,000 that

19  defendant LUCAS caused to be transferred from the victim bank

20  account into defendant HARRINGTON's checking account.

21       Overt Act No. 136:  On October 7, 2008, in Los Angeles

22  County, defendant HARRINGTON withdrew $2,000 of the $2,000 that

23  defendant LUCAS caused to be transferred from the victim bank

24  account into defendant HARRINGTON's savings account.

25  MM.   Defendants LUCAS, RAGSDALE, and HARRINGTON

26       Overt Act No. 137:  On October 7, 2008, in Los Angeles

27  County, defendant RAGSDALE sent SMS messages to defendant LUCAS,

28

1  in Los Angeles County, to transmit the account numbers and
2  account holder name for the one checking account and one savings
3  account that defendant HARRINGTON opened that day at BOA, which
4  transmission was for the purpose of causing defendant LUCAS, in
5  Los Angeles County, to make and to cause an unauthorized transfer
6  of funds to those accounts and for the purpose of allowing
7  defendant HARRINGTON to withdraw the transferred funds.

8      Overt Act No. 138:  On October 7, 2008, in Los Angeles
9  County, defendant LUCAS caused a computer transfer of funds from
10 a victim bank account at BOA, which neither BOA nor the victim
11 had authorized, into defendant HARRINGTON's checking account.

12     Overt Act No. 139:  On October 7, 2008, in Los Angeles
13 County, defendant HARRINGTON withdrew $500 of the $1,000 that
14 defendant LUCAS caused to be transferred from the victim bank
15 account into defendant HARRINGTON's checking account.

16 NN.  Defendants LUCAS, JOHNSON, and FAUNCHER

17     Overt Act No. 140:  On October 7, 2008, defendant JOHNSON
18 sent an SMS message to defendant LUCAS, in Los Angeles County, to
19 transmit the account numbers and account holder name for the one
20 checking account and one savings account that defendant FAUNCHER
21 opened that day at BOA for the purpose of causing defendant
22 LUCAS, in Los Angeles County, to make and to cause an
23 unauthorized transfer of funds to those accounts and for the
24 purpose of allowing defendant FAUNCHER to withdraw the
25 transferred funds.

26     Overt Act No. 141:  On October 7, 2008, in Los Angeles
27 County, defendant LUCAS caused a computer transfer of funds from
28

1  a victim bank account at BOA, which neither BOA nor the victim

2  had authorized, into defendant FAUNCHER's checking and savings

3  accounts.

4      Overt Act No. 142:  On October 7, 2008, in Los Angeles

5  County, defendant FAUNCHER withdrew $1,000 of the $1,000

6  transferred from the victim bank account into defendant

7  FAUNCHER's checking account.

8  OO.  Defendants LUCAS and MARTIN

9      Overt Act No. 143:  On October 7, 2008, defendant MARTIN

10  sent an SMS message to defendant LUCAS, in Los Angeles County, to

11  transmit the account numbers and account holder name for the one

12  checking account and one savings account that unindicted

13  coconspirator E. H. opened that day at BOA, for the purpose of

14  causing defendant LUCAS, in Los Angeles County, to make and to

15  cause an unauthorized transfer of funds to those accounts and for

16  the purpose of allowing unindicted coconspirator E. H. to

17  withdraw the transferred funds.

18      Overt Act No. 144:  On October 7, 2008, in Los Angeles

19  County, defendant LUCAS caused a computer transfer of $1,000 from

20  a victim bank account at BOA, which neither BOA nor the victim

21  had authorized, into unindicted coconspirator E. H.'s checking

22  account.

23      Overt Act No. 145:  On October 7, 2008, unindicted

24  coconspirator E. H. withdrew $500 transferred from the victim

25  bank account into E. H.'s checking account.

26  PP.  Defendants LUCAS and MARTIN

27      Overt Act No. 146:  On October 17, 2008, defendant LUCAS, in

28

41

1  Los Angeles County, sent an SMS message to defendant MARTIN to

2  transmit a social security number.

3      Overt Act No. 147:  On October 17, 2008, defendant MARTIN

4  sent an SMS message to defendant LUCAS, in Los Angeles County, to

5  transmit the account numbers and account holder name for the one

6  checking and one savings account that unindicted coconspirator E.

7  H. opened that day at BOA, for the purpose of causing defendant

8  LUCAS, in Los Angeles County, to make and to cause an

9  unauthorized transfer of funds to those accounts and for the

10 purpose of allowing unindicted coconspirator E. H. to withdraw

11 the transferred funds.

12     Overt Act No. 148:  On October 17, 2008, in Los Angeles

13 County, defendant LUCAS caused a computer transfer of funds from

14 a victim bank account at BOA, which neither BOA nor the victim

15 had authorized, into unindicted coconspirator E. H.'s savings

16 account.

17     Overt Act No. 149:  On October 17, 2008, unindicted

18 coconspirator E. H. withdrew $375 of the $750 transferred from

19 the victim bank account into E. H.'s checking account.

20     Overt Act No. 150:  On October 18, 2008, defendant MARTIN

21 caused $200 to be transmitted by Moneygram to defendant LUCAS.

22 QQ.  Defendants LUCAS and FIFITA

23     Overt Act No. 151:  On November 28, 2008, in San Bernardino

24 County, defendant FIFITA telephoned defendant LUCAS, in Los

25 Angeles County, to discuss the transmission of the account

26 numbers for the one checking account and one savings account that

27 defendant FIFITA opened that day at Wells Fargo for the purpose

28

of causing defendant LUCAS, in Los Angeles County, to make and to cause an unauthorized transfer of funds to those accounts and for the purpose of allowing defendant FIFITA to withdraw the transferred funds.

Overt Act No. 152:  On November 28, 2008, in Los Angeles County, defendant LUCAS transmitted the account numbers and account holder name over the Internet to unindicted coconspirator K. H. for unindicted coconspirator K. H. to conduct a computer transfer of funds from a victim bank account at Wells Fargo, which neither Wells Fargo nor the victim had authorized, into defendant FIFITA's checking and savings accounts.

Overt Act No. 153:  On November 28, 2008, in San Bernardino County, defendant FIFITA withdrew $1,000 of the $1,000 that unindicted coconspirator K. H. had transferred from the victim bank account into defendant FIFITA's checking account.

Overt Act No. 154:  On November 28, 2008, in San Bernardino County, defendant FIFITA withdrew $1,000 of the $1,000 that unindicted coconspirator K. H. had transferred from the victim bank account into defendant FIFITA's savings account.

Overt Act No. 155:  On November 28, 2008, in Los Angeles County, defendant FIFITA provided defendant LUCAS with a portion of the $2,000 that defendant FIFITA withdrew from his bank accounts.

RR.   Defendants LUCAS, GUNN, and DACOSTA

Overt Act No. 156:  On November 29, 2008, in Los Angeles County, defendant GUNN sent an SMS message to defendant LUCAS to transmit the account numbers and account holder name for the one

1  checking account and one savings account that defendant DACOSTA
2  held at Wells Fargo, which transmission was for the purpose of
3  causing defendant LUCAS, in Los Angeles County, to make and to
4  cause an unauthorized transfer of funds to those accounts and for
5  the purpose of allowing defendant DACOSTA to withdraw the
6  transferred funds.

7       Overt Act No. 157:  On November 29, 2008, in Los Angeles
8  County, defendant LUCAS caused a computer transfer of funds from
9  a victim bank account at Wells Fargo, which neither Wells Fargo
10  nor the victim had authorized, into defendant DACOSTA's checking
11  and savings accounts.

12       Overt Act No. 158:  On November 29, 2008, in Los Angeles
13  County, defendant DACOSTA withdrew $981.50 of the $1,000 that had
14  been transferred from the victim bank account into defendant
15  DACOSTA's savings account.

16       Overt Act No. 159:  On November 29, 2008, in Los Angeles
17  County, defendant DACOSTA withdrew $713 of the $1,000 that had
18  been transferred from the victim bank account into defendant
19  DACOSTA's checking account.

20  SS.  Defendants LUCAS, FIFITA, and ST. PIERRE

21       Overt Act No. 160:  On December 2, 2008, in San Bernardino
22  County, defendant FIFITA sent an SMS message to defendant LUCAS
23  to transmit the account numbers and account holder name for the
24  one checking account and one savings account that defendant ST.
25  PIERRE opened that day at Wells Fargo for the purpose of causing
26  defendant LUCAS, in Los Angeles County, to make and to cause an
27  unauthorized transfer of funds to those accounts and for the

28

purpose of allowing defendant ST. PIERRE to withdraw the transferred funds.

Overt Act No. 161:  On December 2, 2008, in Los Angeles County, defendant LUCAS caused a computer transfer of funds from a victim bank account at Wells Fargo, which neither Wells Fargo nor the victim had authorized, into defendant ST. PIERRE's checking and savings accounts.

Overt Act No. 162:  On December 2, 2008, in San Bernardino County, defendant ST. PIERRE withdrew $899 of the $999 that had been transferred from the victim bank account into defendant ST. PIERRE's checking account.

Overt Act No. 163:  On December 2, 2008, in San Bernardino County, defendant ST. PIERRE withdrew $898 of the $998 that had been transferred from the victim bank account into defendant ST. PIERRE's savings account.

TT.   Defendants LUCAS, MERZI, and SPENCER

Overt Act No. 164:  On December 8, 2008, defendant SPENCER telephoned and sent SMS messages to defendant LUCAS, in Los Angeles County, to transmit the account numbers and account holder name for the one checking account and the one savings account that unindicted coconspirator B. J. opened that day at BOA, which transmission was for the purpose of causing defendant LUCAS, in Los Angeles County, to make and to cause an unauthorized transfer of funds to those accounts and for the purpose of allowing unindicted coconspirator B. J. to withdraw the transferred funds.

Overt Act No. 165:  On December 8, 2008, in Los Angeles

County, defendant LUCAS communicated by telephone with and sent an SMS message to defendant MERZI to transmit the account number and account holder name for the one checking account and one savings account that unindicted coconspirator B. J. held at BOA, which communication and transmission were for the purpose of causing defendant MERZI to make and to cause an unauthorized transfer of funds to those accounts and for the purpose of allowing unindicted coconspirator B. J. to withdraw the transferred funds.

Overt Act No. 166: On December 8, 2008, in Los Angeles County, defendant LUCAS communicated with defendant MERZI by telephone and instructed defendant MERZI to contact an unindicted coconspirator on the Internet for the purpose of causing an unauthorized transfer of funds from a victim bank account at BOA and for the purpose of allowing unindicted coconspirator B. J. to withdraw the transferred funds.

Overt Act No. 167: On December 8, 2008, defendant LUCAS sent an SMS message to defendant MERZI to instruct defendant MERZI to transfer $300 to unindicted coconspirator B. J.'s savings account for the purpose of allowing unindicted coconspirator B. J. to withdraw the funds.

Overt Act No. 168: On December 8, 2008, defendant MERZI caused a computer transfer of funds from a victim bank account at BOA, which neither BOA nor the victim had authorized, into unindicted coconspirator B. J.'s savings account at BOA.

Overt Act No. 169: On December 8, 2008, unindicted coconspirator B. J. withdrew $300 of the $300 that had been

1  transferred from the victim bank account into unindicted

2  coconspirator B. J.'s savings account.

3      Overt Act No. 170:  On December 8, 2008, defendant LUCAS, in

4  Los Angeles County, telephoned and sent an SMS message to

5  defendant MERZI to advise defendant MERZI that unindicted

6  coconspirator B. J. had withdrawn the funds that had been

7  transferred to unindicted coconspirator B. J.'s savings account.

8  UU.  Defendants LUCAS, MERZI, FIFITA, and UHAMAKA

9      Overt Act No. 171:  On December 9, 2008, in Orange County,

10  defendant FIFITA telephoned defendant LUCAS and spoke to

11  defendant MERZI, who instructed defendant FIFITA to transmit the

12  account numbers and account holder name for the one checking

13  account and one savings account that defendant UHAMAKA opened

14  that day at Wells Fargo, which transmission was for the purpose

15  of causing defendants LUCAS and MERZI, in Los Angeles County, to

16  make and to cause an unauthorized transfer of funds to those

17  accounts and for the purpose of allowing defendant UHAMAKA to

18  withdraw the transferred funds.

19      Overt Act No. 172:  On December 9, 2008, in Los Angeles

20  County, defendant MERZI transmitted by telephone the account

21  number and account holder name to unindicted coconspirator M. R.

22  for unindicted coconspirator M. R. to conduct a computer transfer

23  of funds from a victim bank account at Wells Fargo, which neither

24  Wells Fargo nor the victim had authorized, into defendant

25  UHAMAKA's checking and savings accounts.

26      Overt Act No. 173:  On December 9, 2008, in Orange County,

27  defendant UHAMAKA withdrew $949 of the $999 that unindicted

28

1  coconspirator M. R. had transferred from the victim bank account

2  into defendant UHAMAKA's checking account.

3      <u>Overt Act No. 174:</u>  On December 9, 2008, in Orange County,

4  defendant UHAMAKA withdrew $899 of the $999 that unindicted

5  coconspirator M. R. had transferred from the victim bank account

6  into defendant UHAMAKA's savings account.

7  VV.  <u>Defendants LUCAS, FIFITA, and LOUSIALE</u>

8      <u>Overt Act No. 175:</u>  On December 10, 2008, in San Bernardino

9  County, defendant FIFITA sent an SMS message to defendant LUCAS

10  to transmit the account numbers and account holder name for the

11  one checking account and one savings account that defendant

12  LOUSIALE opened that day at Wells Fargo, which transmission was

13  for the purpose of causing defendant LUCAS, in Los Angeles

14  County, to make and to cause an unauthorized transfer of funds to

15  those accounts and for the purpose of allowing defendant LOUSIALE

16  to withdraw the transferred funds.

17      <u>Overt Act No. 176:</u>  On December 10, 2008, in Los Angeles

18  County, defendant LUCAS transmitted the account number and

19  account holder name to unindicted coconspirator Y., which

20  transmission was for the purpose of causing the unindicted

21  coconspirator to conduct a computer transfer of funds from a

22  victim bank account at Wells Fargo, which neither Wells Fargo nor

23  the victim had authorized, into defendant LOUSIALE's checking and

24  savings accounts.

25      <u>Overt Act No. 177:</u>  On December 10, 2008, in San Bernardino

26  County, defendant LOUSIALE withdrew $789 of the $799 that had

27  been transferred from the victim bank account into defendant

28

1  LOUSIALE's checking account.

2  <u>Overt Act No. 178:</u>  On December 10, 2008, in San Bernardino

3  County, defendant LOUSIALE withdrew $948 of the $998 that had

4  been transferred from the victim bank account into defendant

5  LOUSIALE's savings account.

6  WW.  <u>Defendants LUCAS and JENKINS</u>

7  <u>Overt Act No. 179:</u>  On December 11, 2008, defendant JENKINS

8  sent SMS messages to defendant LUCAS, in Los Angeles County, to

9  transmit the account numbers and account holder name for the one

10  checking and one savings account that unindicted coconspirator A.

11  J. opened that day at Wells Fargo, which transmission was for the

12  purpose of causing defendant LUCAS, in Los Angeles County, to

13  make and to cause an unauthorized transfer of funds to those

14  accounts and for the purpose of allowing unindicted coconspirator

15  A. J. to withdraw the transferred funds.

16  <u>Overt Act No. 180:</u>  On December 11, 2008, in Los Angeles

17  County, defendant LUCAS caused a computer transfer of $1,000 from

18  a victim bank account at Wells Fargo, which neither Wells Fargo

19  nor the victim had authorized, into unindicted coconspirator A.

20  J.'s checking and savings accounts.

21  <u>Overt Act No. 181:</u>  On December 11, 2008, in Los Angeles

22  County, defendant JENKINS drove unindicted coconspirator A. J. to

23  a Wells Fargo bank branch located in Los Angeles County to

24  withdraw the $1,000 that defendant LUCAS caused to be deposited

25  into unindicted coconspirator A. J.'s savings account.

26  <u>Overt Act No. 182:</u>  On December 11, 2008, in Los Angeles

27  County, defendant JENKINS drove unindicted coconspirator A. J. to

28

49

1 a Wells Fargo bank branch located in Los Angeles County to

2 withdraw the $1,000 that defendant LUCAS caused to be deposited

3 into unindicted coconspirator A. J.'s checking account.

4 XX.   Defendants LUCAS, MERZI, and FIFITA

5    Overt Act No. 183:   On December 16, 2008, defendant FIFITA

6 sent an SMS message to defendant LUCAS, in Los Angeles County, to

7 transmit the account numbers and account holder name for the one

8 checking account and one savings account that unindicted

9 coconspirator E. C. opened that day at Wells Fargo, which

10 transmission was for the purpose of causing defendant LUCAS, in

11 Los Angeles County, to make and to cause an unauthorized transfer

12 of funds to those accounts and for the purpose of allowing

13 unindicted coconspirator E. C. to withdraw the transferred funds.

14    Overt Act No. 184:   On December 16, 2008, in Los Angeles

15 County, defendant LUCAS sent SMS messages to defendant MERZI, to

16 transmit the account number and account holder name for the one

17 checking account and one savings account that unindicted

18 coconspirator E. C. held at Wells Fargo, which transmission was

19 for the purpose of causing defendant MERZI to make and to cause

20 an unauthorized transfer of funds to those accounts and for the

21 purpose of allowing an unindicted coconspirator to withdraw the

22 transferred funds.

23    Overt Act No. 185:   On December 16, 2008, defendant MERZI

24 caused computer transfers of $970 from a victim bank account at

25 Wells Fargo, which neither Wells Fargo nor the victim had

26 authorized, into unindicted coconspirator E. C.'s checking

27 account and $970 from a victim bank account at Wells Fargo, which

28

1  neither Wells Fargo nor the victim had authorized, into

2  unindicted coconspirator E. C.'s savings account.

3      Overt Act No. 186:  On December 16, 2008, during a telephone

4  conversation with defendant LUCAS, defendant MERZI advised

5  defendant LUCAS that she had caused an unindicted coconspirator

6  to conduct a transfer of funds from a victim bank account at

7  Wells Fargo, which neither Wells Fargo nor the victim had

8  authorized, and next would cause an unauthorized transfer of

9  funds from a victim BOA account.

10 YY.  Defendants LUCAS, COLSON, and SMITH

11     Overt Act No. 187:  On February 12, 2009, defendant COLSON

12 telephoned defendant LUCAS, in Los Angeles County, to arrange the

13 withdrawals of unauthorized transfers of funds into the one

14 checking account and one savings account that defendant SMITH

15 held at Wells Fargo, which transfers defendant LUCAS, in Los

16 Angeles County, had made and caused to be made for the purpose of

17 allowing defendant SMITH to withdraw the transferred funds.

18     Overt Act No. 188:  On February 12, 2009, defendant LUCAS

19 transmitted by Instant Messenger the account numbers and account

20 holder name for defendant SMITH's accounts to an unindicted

21 coconspirator D. for unindicted coconspirator D. to conduct

22 online transfers of funds from a victim bank account at Wells

23 Fargo, which neither Wells Fargo nor the victim had authorized,

24 into defendant SMITH's savings account.

25     Overt Act No. 189:  On February 12, 2009, in San Bernardino

26 County, defendant SMITH withdrew $977 of the $977 that had been

27 transferred from the victim bank account into defendant SMITH's

28

1  savings account.

2      Overt Act No. 190:  On February 13, 2009, defendants COLSON,

3  SMITH, and LUCAS agreed via telephone that defendant COLSON would

4  deliver $490 to defendant LUCAS.

5      Overt Act No. 191:  On February 19, 2009, defendants SMITH

6  and COLSON telephoned defendant LUCAS and asked defendant LUCAS

7  if defendant LUCAS would coordinate additional fraudulent

8  transfers into the bank accounts of unindicted coconspirator

9  L. W.

10  ZZ.  Defendants LUCAS, COLSON, and SEARS

11      Overt Act No. 192:  On February 13, 2009, defendant COLSON

12  telephoned defendant LUCAS, in Los Angeles County, to transmit

13  the account numbers and account holder name for the three savings

14  accounts that defendant SEARS held at BOA, which transmission was

15  for the purpose of causing defendant LUCAS, in Los Angeles

16  County, to make and to cause an unauthorized transfer of funds to

17  those accounts and for the purpose of allowing defendant SEARS to

18  withdraw the transferred funds.

19      Overt Act No. 193:  On February 13, 2009, in Los Angeles

20  County, defendant LUCAS transmitted by Instant Messenger the

21  account numbers and account holder name to unindicted

22  coconspirator M. R., which transmission was for the purpose of

23  causing unindicted coconspirator M. R. to conduct online

24  transfers of funds from a victim bank account at BOA, which

25  neither BOA nor the victim had authorized, into defendant SEARS'

26  three savings accounts.

27      Overt Act No. 194:  On February 13, 2009, in Riverside

28

1  County, defendant SEARS withdrew $398 of the $400 that unindicted
2  coconspirator M. R. had transferred from the victim bank account
3  into defendant SEARS's savings account.

4      Overt Act No. 195:  On February 13, 2009, in Riverside
5  County, defendant SEARS withdrew $480 of the $480 that unindicted
6  coconspirator M. R. had transferred from the victim bank account
7  into defendant SEARS' savings account.

8      Overt Act No. 196:  On February 13, 2009, in Riverside
9  County, defendant SEARS withdrew $654 of the $654 that unindicted
10 coconspirator M. R. had transferred from the victim bank account
11 into defendant SEARS' savings account.

12     Overt Act No. 197:  On February 13, 2009, defendants COLSON
13 and LUCAS agreed via telephone that defendant COLSON would
14 deliver $800 to defendant LUCAS.

15 AAA. Defendants LUCAS, CLARK, COLSON, and WEEMS

16     Overt Act No. 198:  On February 16, 2009, defendant COLSON
17 telephoned defendant LUCAS, in Los Angeles County, to transmit
18 the account numbers and account holder name for the one checking
19 account and one savings account that defendant WEEMS held at BOA,
20 which transmission was for the purpose of causing defendant
21 LUCAS, in Los Angeles County, to make and to cause an
22 unauthorized transfer of funds to those accounts and for the
23 purpose of allowing defendant WEEMS to withdraw the transferred
24 funds.

25     Overt Act No. 199:  On February 17, 2009, in Los Angeles
26 County, defendant LUCAS sent SMS messages to defendant CLARK to
27 transmit the account numbers and account holder name for CLARK to
28

1  cause online transfers of funds from a victim bank account at

2  BOA, which neither BOA nor the victim had authorized, into

3  defendant WEEMS's checking and savings accounts.

4      Overt Act No. 200:  On February 17, 2009, in San Bernardino

5  County, defendant WEEMS withdrew $1,300 of the $1,325 that had

6  been transferred from the victim bank account into defendant

7  WEEMS's checking account.

8      Overt Act No. 201:  On February 17, 2009, defendants COLSON,

9  WEEMS, and LUCAS agreed via telephone that defendant COLSON would

10  deliver $1,200 to defendant LUCAS.

11 BBB. Wirings Involving Defendants J. AKERS and CLARK

12      Overt Act No. 202:  On January 12, 2007, in Los Angeles

13  County, defendant J. AKERS transmitted $1,300 by Western Union to

14  unindicted coconspirator E. A.

15      Overt Act No. 203:  On January 27, 2007, in Los Angeles

16  County, defendant J. AKERS transmitted $1,300 by Western Union to

17  unindicted coconspirator E. A.

18      Overt Act No. 204:  On February 17, 2007, in Los Angeles

19  County, defendant J. AKERS transmitted $1,200 by Western Union to

20  unindicted coconspirator E. A.

21      Overt Act No. 205:  On February 18, 2007, in Los Angeles

22  County, defendant J. AKERS transmitted $1,000 by Western Union to

23  defendant CLARK.

24      Overt Act No. 206:  On April 6, 2007, in Los Angeles County,

25  defendant J. AKERS transmitted $2,700 by Western Union to

26  unindicted coconspirator H. H.

27      Overt Act No. 207:  On May 5, 2007, in Los Angeles County,

28

1  defendant J. AKERS transmitted $2,300 by Western Union to

2  unindicted coconspirator E. A.

3      Overt Act No. 208:  On May 16, 2007, in Los Angeles County,

4  defendant J. AKERS transmitted $1,600 by Western Union to

5  unindicted coconspirator E. A.

6      Overt Act No. 209:  On June 6, 2007, in Los Angeles County,

7  defendant J. AKERS transmitted $1,700 by Western Union to

8  unindicted coconspirator E. A.

9      Overt Act No. 210:  On June 14, 2007, in Los Angeles County,

10  defendant J. AKERS transmitted $2,100 by Western Union to

11  unindicted coconspirator M. H.

12      Overt Act No. 211:  On June 15, 2007, in Los Angeles County,

13  defendant J. AKERS transmitted $1,600 by Western Union to

14  unindicted coconspirator E. A.

15      Overt Act No. 212:  On June 22, 2007, in Los Angeles County,

16  defendant J. AKERS transmitted $1,700 by Western Union to

17  unindicted coconspirator E. A.

18      Overt Act No. 213:  On June 27, 2007, in Los Angeles County,

19  defendant J. AKERS transmitted $1,800 by Western Union to

20  unindicted coconspirator S. Y.

21      Overt Act No. 214:  On August 4, 2007, in Los Angeles

22  County, defendant J. AKERS transmitted $1,000 by Western Union to

23  coconspirator A. E.

24      Overt Act No. 215:  On May 3, 2008, in Los Angeles County,

25  defendant J. AKERS transmitted $1,025 by Western Union to

26  unindicted coconspirator M. M.

27      Overt Act No. 216:  On May 13, 2008, in Los Angeles County,

28

1  defendant J. AKERS transmitted $1,400 by Western Union to

2  unindicted coconspirator D. A. E. H.

3      Overt Act No. 217:  On May 23, 2008, in Los Angeles County,

4  defendant J. AKERS transmitted $2,000 by Western Union to

5  unindicted coconspirator D. A. E. H.

6      Overt Act No. 218:  On June 5, 2008, in Los Angeles County,

7  defendant J. AKERS transmitted $3,600 by Western Union to

8  unindicted coconspirator M. G.

9      Overt Act No. 219:  On June 18, 2008, in Los Angeles County,

10  defendant J. AKERS transmitted $1,000 by Western Union to

11  unindicted coconspirator I. A. I.

12      Overt Act No. 220:  On August 26, 2008, in Los Angeles

13  County, defendant J. AKERS transmitted $2,300 by Western Union to

14  unindicted coconspirator Y. M. S.

15      Overt Act No. 221:  On September 4, 2008, in Los Angeles

16  County, defendant J. AKERS transmitted $3,000 by Western Union to

17  unindicted coconspirator Y. M. S.

18      Overt Act No. 222:  On September 8, 2008, in Los Angeles

19  County, defendant J. AKERS transmitted $2,500 by Western Union to

20  unindicted coconspirator N. M. S.

21      Overt Act No. 223:  On September 10, 2008, in Los Angeles

22  County, defendant J. AKERS transmitted $1,400 by Western Union to

23  unindicted coconspirator I. A. I.

24      Overt Act No. 224:  On September 17, 2008, in Los Angeles

25  County, defendant J. AKERS transmitted $1,500 by Western Union to

26  unindicted coconspirator Y. M. S.

27      Overt Act No. 225:  On October 7, 2008, in Los Angeles

28

County, defendant J. AKERS transmitted $2,250 by Western Union to unindicted coconspirator I. A. I.

Overt Act No. 226: On October 8, 2008, in Los Angeles County, defendant J. AKERS transmitted $1,800 by Western Union to unindicted coconspirator I. A. I.

CCC. Wirings Involving Defendant K. AKERS

Overt Act No. 227: On January 29, 2007, in Los Angeles County, defendant K. AKERS transmitted $1,200 by Western Union to unindicted coconspirator E. A.

Overt Act No. 228: On January 30, 2007, in Los Angeles County, defendant K. AKERS transmitted $1,200 by Western Union to unindicted coconspirator E. A.

Overt Act No. 229: On January 31, 2007, in Los Angeles County, defendant K. AKERS transmitted $1,100 by Western Union to unindicted coconspirator E. A.

Overt Act No. 230: On February 2, 2007, in Los Angeles County, defendant K. AKERS transmitted $1,200 by Western Union to unindicted coconspirator E. A.

Overt Act No. 231: On February 15, 2007, in Los Angeles County, defendant K. AKERS transmitted $1,000 by Western Union to unindicted coconspirator E. A.

Overt Act No. 232: On March 7, 2007, in Los Angeles County, defendant K. AKERS transmitted $1,100 by Western Union to unindicted coconspirator A. E.

Overt Act No. 233: On May 4, 2007, in Los Angeles County, defendant K. AKERS transmitted $1,730 by Western Union to unindicted coconspirator E. A.

1  <u>Overt Act No. 234:</u> On May 5, 2007, in Los Angeles County,

2 defendant K. AKERS transmitted $1,500 by Western Union to

3 unindicted coconspirator M. AL.

4  <u>Overt Act No. 235:</u> On May 23, 2007, in Los Angeles County,

5 defendant K. AKERS transmitted $2,300 by Western Union to

6 unindicted coconspirator E. A.

7  <u>Overt Act No. 236:</u> On May 24, 2007, in Los Angeles County,

8 defendant K. AKERS transmitted $3,200 by Western Union to

9 unindicted coconspirator E. A.

10  <u>Overt Act No. 237:</u> On June 14, 2007, in Los Angeles County,

11 defendant K. AKERS transmitted $1,900 by Western Union to

12 unindicted coconspirator E. A.

13  <u>Overt Act No. 238:</u> On June 16, 2007, in Los Angeles County,

14 defendant K. AKERS transmitted $1,500 by Western Union to

15 unindicted coconspirator E. A.

16  <u>Overt Act No. 239:</u> On August 18, 2007, in Los Angeles

17 County, defendant K. AKERS transmitted $1,000 by Western Union to

18 unindicted coconspirator E. A.

19  <u>Overt Act No. 240:</u> On September 8, 2008, in Los Angeles

20 County, defendant K. AKERS transmitted $1,800 by Western Union to

21 unindicted coconspirator Y. M. S.

22 DDD. <u>LUCAS and K. AKERS</u>

23  <u>Overt Act No. 241:</u> On December 22, 2008, in Los Angeles

24 County, defendants LUCAS and K. AKERS, in a telephone

25 conversation, discussed the scheme to cause unauthorized

26 transfers of funds into bank accounts for the purpose of allowing

27 coconspirators to withdraw the transferred funds, and defendant

28

58

1  LUCAS advised defendant K. AKERS to solicit individuals who need

2  money to assist in the scheme.

3  EEE. Wirings Involving Defendants LAWTON and K. AKERS

4      Overt Act No. 242:  On February 12, 2007, in Los Angeles

5  County, defendant LAWTON transmitted $1,100 by Western Union to

6  unindicted coconspirator E. A.

7      Overt Act No. 243:  On February 13, 2007, in Los Angeles

8  County, defendant LAWTON transmitted $1,000 by Western Union to

9  unindicted coconspirator E. A.

10     Overt Act No. 244:  On April 5, 2007, in Los Angeles County,

11 defendant LAWTON transmitted $2,700 by Western Union to

12 unindicted coconspirator H. H.

13     Overt Act No. 245:  On April 29, 2007, in Los Angeles

14 County, defendant LAWTON transmitted $2,000 by Western Union to

15 unindicted coconspirator E. A.

16     Overt Act No. 246:  On May 2, 2007, in Los Angeles County,

17 defendant LAWTON transmitted $1,500 by Western Union to

18 unindicted coconspirator E. A.

19     Overt Act No. 247:  On May 29, 2007, in Los Angeles County,

20 defendant LAWTON transmitted $2,100 by Western Union to

21 unindicted coconspirator E. A.

22     Overt Act No. 248:  On May 30, 2007, in Los Angeles County,

23 defendant LAWTON transmitted $1,500 by Western Union to

24 unindicted coconspirator E. A.

25     Overt Act No. 249:  On May 31, 2007, in Los Angeles County,

26 defendant LAWTON transmitted $2,100 by Western Union to

27 unindicted coconspirator E. A.

28

Overt Act No. 250:  On June 1, 2007, in Los Angeles County, defendant LAWTON transmitted $4,000 by Western Union to unindicted coconspirator E. A.

Overt Act No. 251:  On June 2, 2007, in Los Angeles County, defendant LAWTON transmitted $1,500 by Western Union to unindicted coconspirator E. A.

Overt Act No. 252:  On June 4, 2007, in Los Angeles County, defendant LAWTON transmitted $2,000 by Western Union to unindicted coconspirator E. A.

Overt Act No. 253:  On June 7, 2007, in Los Angeles County, defendant LAWTON transmitted $3,000 by Western Union to unindicted coconspirator E. A.

Overt Act No. 254:  On June 9, 2007, in Los Angeles County, defendant LAWTON transmitted $2,700 by Western Union to unindicted coconspirator E. A.

Overt Act No. 255:  On June 12, 2007, in Los Angeles County, defendant LAWTON transmitted $1,500 by Western Union to unindicted coconspirator M. A.

Overt Act No. 256:  On June 28, 2007, in Los Angeles County, defendant LAWTON transmitted $1,200 by Western Union to unindicted coconspirator A. E.

Overt Act No. 257:  On June 29, 2007, in Los Angeles County, defendant LAWTON transmitted $1,200 by Western Union to unindicted coconspirator A. E.

Overt Act No. 258:  On June 30, 2007, in Los Angeles County, defendant LAWTON transmitted $1,700 by Western Union to unindicted coconspirator S. Y.

1      Overt Act No. 259:  On July 4, 2007, in Los Angeles County,

2 defendant LAWTON transmitted $1,900 by Western Union to

3 unindicted coconspirator A. E.

4      Overt Act No. 260:  On July 7, 2007, in Los Angeles County,

5 defendant LAWTON transmitted $1,800 by Western Union to

6 unindicted coconspirator S. Y.

7      Overt Act No. 261:  On July 10, 2007, in Los Angeles County,

8 defendant LAWTON transmitted $1,100 by Western Union to

9 unindicted coconspirator E. A.

10      Overt Act No. 262:  On July 11, 2007, in Los Angeles County,

11 defendant LAWTON transmitted $2,000 by Western Union to

12 unindicted coconspirator E. A.

13      Overt Act No. 263:  On July 11, 2007, in Los Angeles County,

14 defendant LAWTON transmitted $1,000 by Western Union to

15 unindicted coconspirator S. Y.

16      Overt Act No. 264:  On July 12, 2007, in Los Angeles County,

17 defendant LAWTON transmitted $1,000 by Western Union to

18 unindicted coconspirator E. A.

19      Overt Act No. 265:  On July 13, 2007, in Los Angeles County,

20 defendant LAWTON transmitted $1,000 by Western Union to

21 unindicted coconspirator E. A.

22      Overt Act No. 266:  On July 13, 2007, in Los Angeles County,

23 defendant LAWTON transmitted $1,700 by Western Union to

24 unindicted coconspirator S. Y.

25      Overt Act No. 267:  On July 14, 2007, in Los Angeles County,

26 defendant LAWTON transmitted $1,600 by Western Union to

27 unindicted coconspirator E. A.

28

1    Overt Act No. 268:  On July 18, 2007, in Los Angeles County,

2    defendant LAWTON transmitted $2,000 by Western Union to

3    unindicted coconspirator A. E.

4    Overt Act No. 269:  On July 18, 2007, in Los Angeles County,

5    defendant LAWTON transmitted $2,500 by Western Union to

6    unindicted coconspirator S. Y.

7    Overt Act No. 270:  On September 18, 2007, in Los Angeles

8    County, defendant LAWTON transmitted $172.99 by Western Union to

9    defendant K. AKERS.

10   FFF. Wirings Involving Defendants JENKINS and LUCAS

11   Overt Act No. 271:  On February 13, 2007, in Los Angeles

12   County, defendant JENKINS transmitted $1,300 by Western Union to

13   unindicted coconspirator E. A.

14   Overt Act No. 272:  On September 9, 2008, in Los Angeles

15   County, defendant JENKINS transmitted $1,100 by Western Union to

16   unindicted coconspirator I. A. I.

17   Overt Act No. 273:  On January 8, 2009, in Los Angeles

18   County, defendant JENKINS transmitted $70 by Western Union to

19   unindicted coconspirator I. A. I.

20   GGG. Wire Transfers Involving Defendant JOHNSON

21   Overt Act No. 274:  On September 24, 2007, defendant

22   JOHNSON, using the name "Sylvia Jackson," transmitted $400 by

23   Western Union to unindicted coconspirator E. A.

24   Overt Act No. 275:  On April 3, 2008, defendant JOHNSON

25   transmitted $985 by Western Union to unindicted coconspirator

26   H. M.

27   Overt Act No. 276:  On April 21, 2008, defendant JOHNSON,

28

1  using the name "Sylvia Jackson," transmitted $700 by Western

2  Union to unindicted coconspirator E. G.

3      Overt Act No. 277:  On May 31, 2008, defendant JOHNSON

4  transmitted $2,250 by Western Union to unindicted coconspirator

5  M. A.

6  HHH. Wire Transfers Involving Defendant LUCAS

7      Overt Act No. 278:  On February 12, 2008, defendant LUCAS

8  transmitted $1,100 by Western Union to unindicted coconspirator

9  A. E., a.k.a. "A. A."

10     Overt Act No. 279:  On March 31, 2008, defendant LUCAS

11 transmitted $1,100 by Western Union to unindicted coconspirator

12 D. A. E. H.

13     Overt Act No. 280:  On April 2, 2008, defendant LUCAS

14 transmitted $1,050 by Western Union to unindicted coconspirator

15 D. A. E. H.

16     Overt Act No. 281:  On April 10, 2008, defendant LUCAS

17 transmitted $1,000 by Western Union to unindicted coconspirator

18 D. A. E. H.

19     Overt Act No. 282:  On April 11, 2008, defendant LUCAS

20 transmitted $1,300 by Western Union to unindicted coconspirator

21 D. A. E. H.

22     Overt Act No. 283:  On April 15, 2008, defendant LUCAS

23 transmitted $2,000 by Western Union to unindicted coconspirator

24 D. A. E. H.

25     Overt Act No. 284:  On April 18, 2008, defendant LUCAS

26 transmitted $1,500 by Western Union to unindicted coconspirator

27 D. A. E. H.

28

1    <u>Overt Act No. 285:</u>   On April 19, 2008, defendant LUCAS

2    transmitted $2,000 by Western Union to unindicted coconspirator

3    D. A. E. H.

4    <u>Overt Act No. 286:</u>   On June 10, 2008, defendant LUCAS

5    transmitted $1,300 by Western Union to unindicted coconspirator

6    E. G.

7    <u>Overt Act No. 287:</u>   On June 11, 2008, defendant LUCAS

8    transmitted $1,000 by Western Union to unindicted coconspirator

9    I. A. I.

10    <u>Overt Act No. 288:</u>   On June 20, 2008, defendant LUCAS

11    transmitted $1,700 by Western Union to unindicted coconspirator

12    I. A. I.

13    <u>Overt Act No. 289:</u>   On June 28, 2008, defendant LUCAS

14    transmitted $1,100 by Western Union to unindicted coconspirator

15    I. A. I.

16    <u>Overt Act No. 290:</u>   On July 1, 2008, defendant LUCAS

17    transmitted $1,500 by Western Union to unindicted coconspirator

18    I. A. I.

19    <u>Overt Act No. 291:</u>   On July 3, 2008, defendant LUCAS

20    transmitted $1,200 by Western Union to unindicted coconspirator

21    I. A. I.

22    <u>Overt Act No. 292:</u>   On August 1, 2008, defendant LUCAS

23    transmitted $1,000 by Western Union to unindicted coconspirator

24    I. A. I.

25    <u>Overt Act No. 293:</u>   On August 6, 2008, defendant LUCAS

26    transmitted $1,000 by Western Union to unindicted coconspirator

27    I. A. I.

28

1    Overt Act No. 294:  On August 7, 2008, defendant LUCAS
2  transmitted $1,050 by Western Union to unindicted coconspirator
3  I. A. I.

4    Overt Act No. 295:  On August 11, 2008, defendant LUCAS
5  transmitted $1,500 by Western Union to unindicted coconspirator
6  I. A. I.

7    Overt Act No. 296:  On August 12, 2008, defendant LUCAS
8  transmitted $2,941 by Western Union to unindicted coconspirator
9  I. A. I.

10 III. Wire Transfers Involving Defendant MERZI

11    Overt Act No. 297:  On April 22, 2008, defendant MERZI
12 transmitted $400 by Western Union to unindicted coconspirator
13 D. A. E. H.

14    Overt Act No. 298:  On June 28, 2008, defendant MERZI
15 transmitted $900 by Western Union to unindicted coconspirator
16 I. A. I.

17    Overt Act No. 299:  On July 11, 2008, defendant MERZI
18 transmitted $700 by Western Union to unindicted coconspirator
19 E. G.

20    Overt Act No. 300:  On July 11, 2008, defendant MERZI
21 transmitted $800 by Western Union to unindicted coconspirator
22 I. A. I.

23    Overt Act No. 301:  On July 16, 2008, defendant MERZI
24 transmitted $650 by Western Union to unindicted coconspirator
25 I. A. I.

26

27

28

1    <u>Overt Act No. 302:</u> On July 24, 2008, defendant MERZI

2  transmitted $800 by Western Union to unindicted coconspirator

3  I. A. I.

4    <u>Overt Act No. 303:</u> On September 13, 2008, defendant MERZI

5  transmitted $550 by Western Union to unindicted coconspirator

6  A. EM.

7  JJJ. <u>Wire Transfers Involving Defendants ZIE, MERZI, and LUCAS</u>

8    <u>Overt Act No. 304:</u> On April 16, 2008, defendant ZIE

9  transmitted $456 by Western Union to defendant LUCAS in Los

10  Angeles County.

11    <u>Overt Act No. 305:</u> On April 25, 2008, defendant ZIE

12  transmitted $1,000 by Western Union to unindicted coconspirator

13  D. A. E. H.

14    <u>Overt Act No. 306:</u> On May 7, 2008, defendant ZIE

15  transmitted $1,750 by Western Union to unindicted coconspirator

16  D. A. E. H.

17    <u>Overt Act No. 307:</u> On May 8, 2008, defendant ZIE

18  transmitted $1,730 by Western Union to unindicted coconspirator

19  D. A. E. H.

20    <u>Overt Act No. 308:</u> On May 16, 2008, defendant ZIE

21  transmitted $1,200 by Western Union to unindicted coconspirator

22  H. S.

23    <u>Overt Act No. 309:</u> On May 24, 2008, defendant ZIE

24  transmitted $1,200 by Western Union to unindicted coconspirator

25  H. S.

26    <u>Overt Act No. 310:</u> On May 25, 2008, defendant ZIE

27  transmitted $220.01 by Western Union to defendant MERZI.

28

1     <u>Overt Act No. 311:</u>  On May 30, 2008, defendant ZIE

2 transmitted $1,800 by Western Union to unindicted coconspirator

3 H. S.

4     <u>Overt Act No. 312:</u>  On June 3, 2008, defendant ZIE

5 transmitted $2,450 by Western Union to unindicted coconspirator

6 D. A. E. H.

7     <u>Overt Act No. 313:</u>  On June 7, 2008, defendant ZIE

8 transmitted $1,000 by Western Union to unindicted coconspirator

9 H. S.

10     <u>Overt Act No. 314:</u>  On June 9, 2008, defendant ZIE

11 transmitted $1,000 by Western Union to unindicted coconspirator

12 D. A. E. H.

13     <u>Overt Act No. 315:</u>  On June 9, 2008, defendant ZIE

14 transmitted $1,700 by Western Union to unindicted coconspirator

15 H. S.

16     <u>Overt Act No. 316:</u>  On July 8, 2008, defendant ZIE

17 transmitted $2,000 by Western Union to unindicted coconspirator

18 A. H.

19     <u>Overt Act No. 317:</u>  On July 11, 2008, defendant ZIE

20 transmitted $1016.01 by Western Union to unindicted coconspirator

21 A. H.

22     <u>Overt Act No. 318:</u>  On September 4, 2008, defendant ZIE

23 transmitted $1,500 by Western Union to unindicted coconspirator

24 A. H.

25     <u>Overt Act No. 319:</u>  On September 17, 2008, defendant ZIE

26 transmitted $1,500 by Western Union to unindicted coconspirator

27 MO. A.

28

Overt Act No. 320:   On October 31, 2008, defendant ZIE transmitted $400 by Western Union to unindicted coconspirator A. E. G.

KKK. Wire Transfers Involving Defendant CLARK

Overt Act No. 321:   On May 1, 2008, in Los Angeles County, defendant CLARK transmitted $1,100 by Western Union to unindicted coconspirator E. A.

Overt Act No. 322:   On June 3, 2008, in Los Angeles County, defendant CLARK transmitted $1,250 by Western Union to unindicted coconspirator MO. A.

Overt Act No. 323:   On June 4, 2008, in Los Angeles County, defendant CLARK transmitted $1,300 by Western Union to unindicted coconspirator MO. A.

Overt Act No. 324:   On September 25, 2008, in Los Angeles County, defendant CLARK transmitted $1,600 by Western Union to unindicted coconspirator MO. A.

Overt Act No. 325:   On January 9, 2009, in Los Angeles County, defendant CLARK transmitted $900 by Western Union to unindicted coconspirator I. A. I.

LLL. Wire Transfers Involving Defendants GONZALEZ and LUCAS

Overt Act No. 326:   On June 13, 2008, in Los Angeles County, defendant GONZALEZ transmitted $1,000 by Moneygram to defendant LUCAS.

Overt Act No. 327:   On June 17, 2008, in Los Angeles County, defendant GONZALEZ transmitted $375 by Moneygram to defendant LUCAS.

Overt Act No. 328:   On September 3, 2008, in Los Angeles

1  County, defendant GONZALEZ transmitted $550 by Moneygram to

2  defendant LUCAS.

3      Overt Act No. 329:  On September 13, 2008, in Los Angeles

4  County, defendant GONZALEZ transmitted $450 by Moneygram to

5  defendant LUCAS.

6  MMM. Wire Transfers Involving Defendants BROOKS and MERZI

7      Overt Act No. 330:  On August 20, 2008, in Los Angeles

8  County, defendant BROOKS transmitted $1,500 by Western Union to

9  unindicted coconspirator K. H.

10      Overt Act No. 331:  On August 22, 2008, in Los Angeles

11  County, defendant BROOKS transmitted $1,200 by Western Union to

12  unindicted coconspirator K. H.

13      Overt Act No. 332:  On September 3, 2008, in Los Angeles

14  County, defendant BROOKS transmitted $2,156 by Western Union to

15  unindicted coconspirator K. H.

16      Overt Act No. 333:  On September 3, 2008, in Los Angeles

17  County, defendant BROOKS transmitted $500 by Western Union to

18  defendant MERZI.

19      Overt Act No. 334:  On September 5, 2008, in Los Angeles

20  County, defendant BROOKS transmitted $1,500 by Western Union to

21  defendant MERZI.

22      Overt Act No. 335:  On December 3, 2008, in Los Angeles

23  County, defendant BROOKS transmitted $700 by Western Union to

24  unindicted coconspirator K. H.

25

26

27

28

COUNTS TWO THROUGH FORTY-FOUR

[18 U.S.C. §§ 1344(1); 2]

22.   The Grand Jury repeats and re-alleges all of the introductory allegations set forth in paragraphs 1 through 6 of this Indictment.

I.   THE FRAUDULENT SCHEME

23.   Beginning in or about January 2007 and continuing through in or about September 2009, in Los Angeles, Orange, Riverside, and San Bernardino Counties, within the Central District of California, and elsewhere, defendants LUCAS, MERZI, CLARK, ARBAUGH, COLSON, FIFITA, GONZALEZ, GUNN, JOHNSON, LAWTON, RAGSDALE, SAUNDERS, DACOSTA, DANIELS, FAUNCHER, FONTENOT, FULLER, HARRINGTON, JORDAN, LOUSIALE, PLOGOVII, ST. PIERRE, SEARS, SETTLE, SMITH, THOMAS, UHAMAKA, WEEMS, WILKINS, and WILLIAMS, together with others known and unknown to the Grand Jury, aiding and abetting one another, knowingly and with intent to defraud executed and attempted to execute a scheme to defraud BOA and Wells Fargo, which at all material times were federally-insured financial institutions, as to material matters.

24.   The fraudulent scheme was operated and was carried out, in substance, as set forth in paragraphs 9 through 20 of Count One of this Indictment.

II.   THE EXECUTION OF THE FRAUDULENT SCHEME

25.   On or about the following dates, in Los Angeles, Orange, Riverside, and San Bernardino Counties, within the Central District of California, and elsewhere, defendants LUCAS, MERZI, CLARK, ARBAUGH, COLSON, FIFITA, GONZALEZ, GUNN, JOHNSON,

70

LAWTON, RAGSDALE, SAUNDERS, DACOSTA, DANIELS, FAUNCHER, FONTENOT, FULLER, HARRINGTON, JORDAN, LOUSIALE, PLOGOVII, ST. PIERRE, SEARS, SETTLE, SMITH, THOMAS, UHAMAKA, WEEMS, WILKINS, and WILLIAMS, each aiding and abetting the others, committed and willfully caused others to commit the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DEFENDANTS | DATE | ACT |
|-------|-----------|------|-----|
| TWO | LUCAS, ARBAUGH, and JORDAN | 8/1/08 | In San Bernardino County, withdrawal of $700 from BOA checking account in the name of defendant JORDAN |
| THREE | LUCAS and JORDAN | 8/6/08 | In San Bernardino County, withdrawal of $350 from BOA checking account in the name of defendant JORDAN |
| FOUR | LUCAS and RAGSDALE | 8/6/08 | In Los Angeles County, withdrawal of $700 from BOA checking account in the name of defendant RAGSDALE |
| FIVE | LUCAS, RAGSDALE, and FULLER | 8/14/08 | In Los Angeles County, withdrawal of $950 from BOA checking account in the name of defendant FULLER |
| SIX | LUCAS, RAGSDALE, and FULLER | 8/14/08 | In Los Angeles County, withdrawal of $350 from BOA savings account in the name of defendant FULLER |
| SEVEN | LUCAS and GONZALEZ | 8/20/08 | In Riverside County, withdrawal of $1,500 from BOA checking account in the name of defendant GONZALEZ |
| EIGHT | LUCAS and GONZALEZ | 9/3/08 | In San Bernardino County, withdrawal of $750 from BOA checking account in the name of defendant GONZALEZ |

| COUNT | DEFENDANTS | DATE | ACT |
|-------|-----------|------|-----|
| NINE | LUCAS and GONZALEZ | 9/3/08 | In San Bernardino County, withdrawal of $400 from BOA savings account in the name of defendant GONZALEZ |
| TEN | LUCAS, SAUNDERS, and DANIELS | 9/3/08 | In Riverside County, withdrawal of $1,500 from BOA checking account in the name of defendant DANIELS |
| ELEVEN | LUCAS, SAUNDERS, and DANIELS | 9/3/08 | In Riverside County, withdrawal of $320 from BOA savings account in the name of defendant DANIELS |
| TWELVE | LUCAS and WILLIAMS | 9/4/08 | In San Bernardino County, withdrawal of $1,000 from BOA checking account in the name of defendant WILLIAMS |
| THIRTEEN | LUCAS, JOHNSON, and PLOGOVII | 9/5/08 | In Orange County, withdrawal of $993 from BOA checking account in the name of defendant PLOGOVII |
| FOURTEEN | LUCAS, JOHNSON, and PLOGOVII | 9/5/08 | In Orange County, withdrawal of $229 from BOA savings account in the name of defendant PLOGOVII |
| FIFTEEN | LUCAS, JOHNSON, and SETTLE | 9/5/08 | In Orange County, withdrawal of $2,950 from BOA checking account in the name of defendant SETTLE |
| SIXTEEN | LUCAS, JOHNSON, and SETTLE | 9/5/08 | In Orange County, withdrawal of $2,950 from BOA savings account in the name of defendant SETTLE |
| SEVENTEEN | LUCAS and GONZALEZ | 9/17/08 | In Los Angeles County, withdrawal of $600 from BOA checking in the name of unindicted coconspirator R. O. |

| COUNT | DEFENDANTS | DATE | ACT |
|---|---|---|---|
| EIGHTEEN | LUCAS, SAUNDERS, and WILKINS | 9/18/08 | In San Bernardino County, withdrawal of $1,030 from BOA checking account in the name of defendant WILKINS |
| NINETEEN | LUCAS, JOHNSON, and FONTENOT | 9/18/08 | In Orange County, withdrawal of $1,000 from BOA checking account in the name of defendant FONTENOT |
| TWENTY | LUCAS, RAGSDALE, and THOMAS | 9/19/08 | In Los Angeles County, withdrawal of $2,344 from BOA checking account in the name of defendant THOMAS |
| TWENTY-ONE | LUCAS, LAWTON, and COLSON | 9/22/08 | In San Bernardino County, withdrawal of $1,450 from BOA checking account in the name of defendant COLSON |
| TWENTY-TWO | LUCAS, RAGSDALE, and THOMAS | 9/30/08 | In Los Angeles County, withdrawal of $948 from BOA checking account in the name of defendant THOMAS |
| TWENTY-THREE | LUCAS and WILLIAMS | 10/1/08 | In San Bernardino County, withdrawal of $1,000 from BOA checking account in the name of defendant WILLIAMS |
| TWENTY-FOUR | LUCAS, RAGSDALE, and HARRINGTON | 10/7/08 | In Los Angeles County, withdrawal of $2,000 from BOA checking account in the name of defendant HARRINGTON |
| TWENTY-FIVE | LUCAS, RAGSDALE, and HARRINGTON | 10/7/08 | In Los Angeles County, withdrawal of $2,000 from BOA savings account in the name of defendant HARRINGTON |
| TWENTY-SIX | LUCAS, RAGSDALE, and HARRINGTON | 10/7/08 | In Los Angeles County, withdrawal of $500 from BOA checking account in the name of defendant HARRINGTON |

73

| COUNT | DEFENDANTS | DATE | ACT |
|-------|-----------|------|-----|
| TWENTY-SEVEN | LUCAS, JOHNSON, and FAUNCHER | 10/7/08 | In Los Angeles County, withdrawal of $1,000 from BOA checking account in the name of defendant FAUNCHER |
| TWENTY-EIGHT | LUCAS and FIFITA | 11/28/08 | In San Bernardino County, withdrawal of $1,000 from Wells Fargo checking account in the name of defendant FIFITA |
| TWENTY-NINE | LUCAS and FIFITA | 11/28/08 | In San Bernardino County, withdrawal of $1,000 from Wells Fargo savings account in the name of defendant FIFITA |
| THIRTY | LUCAS, GUNN, and DACOSTA | 11/29/08 | In Los Angeles County, withdrawal of $981.50 from Wells Fargo savings account in the name of defendant DACOSTA |
| THIRTY-ONE | LUCAS, GUNN, and DACOSTA | 11/29/08 | In Los Angeles County, withdrawal of $713 from Wells Fargo checking account in the name of defendant DACOSTA |
| THIRTY-TWO | LUCAS, FIFITA, and ST. PIERRE | 12/2/08 | In San Bernardino County, withdrawal of $899 from Wells Fargo checking account in the name of defendant ST. PIERRE |
| THIRTY-THREE | LUCAS, FIFITA, and ST. PIERRE | 12/2/08 | In San Bernardino County, withdrawal of $898 from Wells Fargo savings account in the name of defendant ST. PIERRE |
| THIRTY-FOUR | LUCAS, MERZI, FIFITA, and UHAMAKA | 12/9/08 | In Orange County, withdrawal of $949 from Wells Fargo checking account in the name of defendant UHAMAKA |

| COUNT | DEFENDANTS | DATE | ACT |
|-------|-----------|------|-----|
| THIRTY-FIVE | LUCAS, MERZI, FIFITA, and UHAMAKA | 12/9/08 | In Orange County, withdrawal of $899 from Wells Fargo savings account in the name of defendant UHAMAKA |
| THIRTY-SIX | LUCAS, FIFITA, and LOUSIALE | 12/10/08 | In San Bernardino County, withdrawal of $789 from Wells Fargo checking account in the name of defendant LOUSIALE |
| THIRTY-SEVEN | LUCAS, FIFITA, and LOUSIALE | 12/10/08 | In San Bernardino County, withdrawal of $948 from Wells Fargo savings account in the name of defendant LOUSIALE |
| THIRTY-EIGHT | LUCAS, MERZI, and FIFITA | 12/16/08 | In Los Angeles County, causing the transfer of funds from victim bank account into Wells Fargo checking account in the name of unindicted coconspirator E. C. |
| THIRTY-NINE | LUCAS, MERZI, and FIFITA | 12/16/08 | In Los Angeles County, causing the transfer of funds from victim bank account into Wells Fargo savings account in the name of unindicted coconspirator E. C. |
| FORTY | LUCAS, COLSON, and SMITH | 2/12/09 | In San Bernardino County, withdrawal of $977 from BOA savings account in the name of defendant SMITH |
| FORTY-ONE | LUCAS, COLSON, and SEARS | 2/13/09 | In Riverside County, withdrawal of $398 from BOA savings account in the name of defendant SEARS |
| FORTY-TWO | LUCAS, COLSON, and SEARS | 2/13/09 | In Riverside County, withdrawal of $480 from BOA savings account in the name of defendant SEARS |

| COUNT | DEFENDANTS | DATE | ACT |
|-------|-----------|------|-----|
| FORTY-THREE | LUCAS, COLSON, and SEARS | 2/13/09 | In Riverside County, withdrawal of $654 from BOA checking account in the name of defendant SEARS |
| FORTY-FOUR | LUCAS, CLARK, COLSON, and WEEMS | 2/17/09 | In San Bernardino County, withdrawal of $1,300 from BOA checking account in the name of defendant WEEMS |

76

COUNT FORTY-FIVE

[18 U.S.C. §§ 1028A(a)(1), 2]

26.   The Grand Jury repeats and re-alleges all of the introductory allegations set forth in paragraphs 1 through 6 of this Indictment.

27.   Beginning in or about January 2007 and continuing to in or about September 2009, in Los Angeles, Orange, Riverside, and San Bernardino Counties, within the Central District of California, defendant LUCAS knowingly aided, abetted, counseled, commanded, induced, procured, caused, engaged, and attempted to engage in the possession and use, without lawful authority, of a means of identification of another person, that is: (1) names, and (2) account numbers, during and in relation to felony violations of 18 U.S.C. § 1349, bank and wire fraud conspiracy, as charged in Count One, and 18 U.S.C. § 1344(1), bank fraud, as charged in Counts Two through Forty-Four, which counts are incorporated herein by this reference.

COUNT FORTY-SIX

[18 U.S.C. §§ 1028A(a)(1), 2]

28.   The Grand Jury repeats and re-alleges all of the introductory allegations set forth in paragraphs 1 through 6 of this Indictment.

29.   Beginning in or about January 2007 and continuing to in or about September 2009, in Los Angeles, Orange, Riverside, and San Bernardino Counties, within the Central District of California, defendant MERZI knowingly aided, abetted, counseled, commanded, induced, procured, caused, engaged, and attempted to engage in the possession and use, without lawful authority, of a means of identification of another person, that is: (1) names, and (2) account numbers, during and in relation to felony violations of 18 U.S.C. § 1349, bank and wire fraud conspiracy, as charged in Count One, and 18 U.S.C. § 1344(1), bank fraud, as charged in Counts Thirty-Four, Thirty-Five, Thirty-Eight, and Thirty-Nine, which counts are incorporated herein by this reference.

COUNT FORTY-SEVEN

[18 U.S.C. §§ 1028A(a)(1), 2]

30.   The Grand Jury repeats and re-alleges all of the introductory allegations set forth in paragraphs 1 through 6 of this Indictment.

31.   Beginning in or about January 2007 and continuing to in or about September 2009, in Los Angeles, Orange, Riverside, and San Bernardino Counties, within the Central District of California, defendant CLARK knowingly aided, abetted, counseled, commanded, induced, procured, caused, engaged, and attempted to engage in the possession and use, without lawful authority, of a means of identification of another person, that is: (1) names, and (2) account numbers, during and in relation to felony violations of 18 U.S.C. § 1349, bank and wire fraud conspiracy, as charged in Count One, and 18 U.S.C. § 1344(1), bank fraud, as charged in Count Forty-Four, which counts are incorporated herein by this reference.

COUNT FORTY-EIGHT

[18 U.S.C. § 371]

32.   The Grand Jury repeats and re-alleges all of the introductory allegations set forth in paragraphs 1 through 6 of this Indictment.

I.    OBJECT OF THE CONSPIRACY

33.   Beginning in or about January 2007 and continuing through in or about September 2009, in Los Angeles, Orange, Riverside, and San Bernardino Counties, within the Central District of California, and elsewhere, defendants LUCAS, MERZI, and CLARK, and others known and unknown to the Grand Jury, knowingly combined, conspired, and agreed to commit the following offense against the United States:  To commit computer fraud, in violation of Title 18, United States Code, Section 1030(a)(4).

II.   THE MANNER AND MEANS OF THE CONSPIRACY

34.   The object of the conspiracy was carried out, and to be carried out, in substance, as follows:  The manner and means alleged in Count One of this Indictment, as set forth at paragraphs 9 to 20 of this Indictment, are incorporated herein by reference and alleged as the manner and means of this Count Forty-Eight.

III.  OVERT ACTS

35.   In furtherance of the conspiracy, and to accomplish its object, defendants LUCAS, MERZI, and CLARK, together with others known and unknown to the Grand Jury, committed and willfully caused others to commit the following overt acts, among others, in the Central District of California and elsewhere:

80

<u>Overt Acts Nos. 1 through 335</u>:  The overt acts alleged in Count One of this Indictment, as set forth at paragraph 21 above, are incorporated herein by reference and are alleged as the overt acts of this Count Forty-Eight.

COUNTS FORTY-NINE AND FIFTY

[18 U.S.C. §§ 1030(a)(4), 2]

36.   The Grand Jury repeats and re-alleges all of the introductory allegations set forth in paragraphs 1 through 6 of this Indictment.

I.   THE SCHEME TO DEFRAUD

37.   Beginning in or about January 2007 and continuing through in or about September 2009, in Los Angeles, Orange, Riverside, and San Bernardino Counties, within the Central District of California, and elsewhere, defendant LUCAS and others, together with others known and unknown to the Grand Jury, aiding and abetting one another, knowingly and with intent to defraud executed and attempted to execute a scheme to defraud as to material matters BOA and Wells Fargo, which at all material times were federally-insured financial institutions, through the use of the Internet.

38.   The fraudulent scheme was operated and carried out, in substance, as set forth in paragraphs 9 through 20 of this Indictment.

II.   ACCESSING OF A PROTECTED COMPUTER

39.   On or about the following dates, in Los Angeles, Orange, Riverside, and San Bernardino Counties, within the Central District of California, and elsewhere, defendant LUCAS and others known and unknown to the Grand Jury, aiding and abetting one another, knowingly and with the intent to defraud, caused and engaged in the accessing of a protected computer, without authorization and in excess of any authorized access,

82

1   specifically, servers belonging to BOA and Wells Fargo, to

2   further an intended fraud and obtain things of value, that is, by

3   accessing the websites of BOA and Wells Fargo and accessing

4   accounts to conduct fraudulent transfers that were not authorized

5   by the account holders.

| COUNT | DATE | UNAUTHORIZED ACCESS |
|-------|------|---------------------|
| FORTY-NINE | 2/12/09 | Accessing of Wells Fargo servers to transfer $977 from account of M. S., xxx-xxx2680 to account 500-4983051 |
| FIFTY | 2/13/09 | Accessing of BOA servers to transfer $400 from account of B. E., xxxxx-x7299 to account 4880-2020-6257 |

83

COUNT FIFTY-ONE

[18 U.S.C. § 1956(h)]

40.   The Grand Jury repeats and re-alleges all of the introductory allegations set forth in paragraphs 1 through 6 of this Indictment.

I.   <u>OBJECT OF THE CONSPIRACY</u>

41.   Beginning in or about January 2007 and continuing through in or about September 2009, in Los Angeles, Orange, Riverside, and San Bernardino Counties, within the Central District of California, and elsewhere, defendants LUCAS, MERZI, CLARK, J. AKERS, K. AKERS, BROOKS, GONZALEZ, JENKINS, JOHNSON, LAWTON, MARTIN, and ZIE, and others known and unknown to the Grand Jury, knowingly combined, conspired, and agreed to commit the following offenses against the United States:

A.   To knowingly move by wire and other means, in or affecting interstate commerce, funds constituting criminally derived property and derived from specified unlawful activity, namely bank fraud, in violation of Title 18, United States Code, Section 1344(1), with the intent to promote the carrying on of that specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i), and

B.   To knowingly transmit and transfer from a place in the United States to a place outside the United States, in or affecting interstate and foreign commerce, funds constituting criminally derived property and derived from specified unlawful activity, namely bank fraud, in violation of Title 18, United States Code, Section 1344(1), with the intent to promote the

1  carrying on of that specified unlawful activity, in violation of
2  Title 18, United States Code, Section 1956(a)(2)(A).
3  II.  THE MANNER AND MEANS OF THE CONSPIRACY
4        42.  The objects of the conspiracy were carried out, and to
5  be carried out, in substance, as follows:  The manner and means
6  alleged in Count One of this Indictment, as set forth at
7  paragraphs 9 to 20 of this Indictment, are incorporated herein by
8  reference and alleged as the manner and means of this Count
9  Fifty-One.
10  III. OVERT ACTS
11        43.  In furtherance of the conspiracy, and to accomplish its
12  objects, defendants LUCAS, MERZI, CLARK, J. AKERS, K. AKERS,
13  BROOKS, GONZALEZ, JENKINS, JOHNSON, LAWTON, MARTIN, and ZIE,
14  together with others known and unknown to the Grand Jury,
15  committed and willfully caused others to commit the following
16  overt acts, among others, in the Central District of California
17  and elsewhere:
18  //
19  //

1    <u>Overt Acts Nos. 1 through 335</u>:  The overt acts alleged

2  in Count One of this Indictment, as set forth at paragraph 21

3  above, are incorporated herein by reference and are alleged as

4  the overt acts of this Count Fifty-One.

A TRUE BILL

/s/
_____
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber and Intellectual Property Crimes Section

MARK L. KRAUSE
Assistant United States Attorney
Deputy Chief, Cyber and Intellectual Property Crimes Section

SALLY L. MELOCH
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section

RONALD L. CHENG
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section